**RCG**

**FILED**

**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STRUBE CELERY AND VEGETABLE CO.<br>2404 S. Wolcott, Units 16-20<br>Chicago, Illinois 60608<br>(312) 226-7880 | : <br> : <br> : <br> : <br> : |
| Plaintiff | : <br> : |
| | : |
| v. | :    Civil No. _____ |
| | : |
| THE EGG STORE, INC., a/t/a<br>KUEHNLE EGG & PRODUCE<br>6190 S. Archer Avenue<br>Chicago, Illinois 60638<br>(773) 284-8704 | : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| ROD J. KUEHNLE<br>6190 S. Archer Avenue<br>Chicago, Illinois 60638<br>(773) 284-8704 | : <br> : <br> : <br> : |
| and | : <br> : |
| JAMES A. KUEHNLE<br>6190 S. Archer Avenue<br>Chicago, Illinois 60638<br>(773) 284-8704 | : <br> : <br> : <br> : |
| Defendants | : <br> : |

**08 C 1485**

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

**COMPLAINT**
**(To Enforce Payment From Produce Trust)**

Strube Celery and Vegetable Co. ("Strube"), for its complaint against defendants,

The Egg Store, Inc., a/t/a Kuehnle Egg & Produce, Rod J. Kuehnle and James A.

Kuehnle alleges:

- 1 -

<u>JURISDICTION AND VENUE</u>

1.      Subject matter jurisdiction is based on Section 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(5) (hereafter "the PACA"), 28 U.S.C. §1331 and 28 U.S.C. §2201.

2.      Venue in this District is based on 28 U.S.C. §1391 in that (a) plaintiff's claims arose in this District and (b) defendants reside in this District.

<u>PARTIES</u>

3.      Plaintiff, Strube Celery and Vegetable Co., an Illinois corporation with its principal place of business in Chicago, Illinois, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

4.      a.      Defendant, The Egg Store, Inc., a/t/a Kuehnle Egg & Produce ("The Egg Store"), an Illinois corporation with a principal place of business in Chicago, Illinois, was also engaged in the business of buying wholesale quantities of produce in interstate commerce and was at all times pertinent herein, a dealer subject to and licensed under the provisions of the PACA as a dealer.

b.      Defendants, Rod A. Kuehnle and James A. Kuehnle, upon information and belief, were the officers and directors of The Egg Store, during the period of time in question who controlled the day to day operations of The Egg Store and were in positions of control over the PACA trust assets belonging to plaintiff.

GENERAL ALLEGATIONS

5.      This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5 of the PACA, 7 U.S.C. §499e(c).

6.      Between December 3, 2007 and February 8, 2008, plaintiff sold and delivered to defendants $98,640.50 worth of wholesale quantities of produce which remains unpaid.

7.      Defendants accepted the produce from plaintiff.

8.      At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of defendants since the creation of the trust.

9.      Plaintiff preserved its interest in the PACA trust in the amount of $98,640.50 and remains a beneficiary until full payment is made for the produce. Itemized statements of account and a representative sampling of unpaid invoices, which are voluminous, with the requisite statutory language to preserve trust benefits, are attached hereto as Exhibits 1 and 2.   All of plaintiff's invoices to defendants contain the requisite statutory language to preserve trust benefits.

10.     Despite demand for payment, defendants have failed and refused to pay plaintiff for the wholesale quantities of produce supplied by plaintiff, and have advised plaintiff that they are having severe cash flow problems and are unable to do so at this time.

<u>Count 1</u>
(Failure to Pay Trust Funds)

11.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 10 above as if fully set forth herein.

12.    The failure of defendants to make payment to plaintiff of trust funds in the amount of $98,640.50 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

**WHEREFORE**, plaintiff requests an order enforcing payment from the trust by requiring immediate payment to plaintiff and such other and further relief as the Court deems necessary and appropriate.

<u>Count 2</u>
(Failure to Pay For Goods Sold)

13.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 12 above as if fully set forth herein.

14.    Defendants failed and refused to pay plaintiff the aggregate amount of $98,640.50 owed to plaintiff for produce received by defendants from plaintiff.

**WHEREFORE**, plaintiff requests judgment as follows: in favor of plaintiff against defendants, jointly and severally, in the amount of $98,640.50; and such other and further relief as the Court deems necessary and appropriate.

<u>Count 3</u>
(Unlawful Dissipation of Trust Assets by
a Corporate Official – Rod J. Kuehnle)

15.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 14 above as if fully set forth herein.

16.     Defendant, Rod J. Kuehnle, was a principal of The Egg Store who operated The Egg Store during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

17.     Defendant, Rod J. Kuehnle, failed to direct The Egg Store to fulfill its statutory duty to preserve PACA trust assets and pay plaintiff for the produce supplied.

18.     Defendant, Rod J. Kuehnle's failure to direct The Egg Store to maintain PACA trust assets and pay plaintiff for the produce supplied was an unlawful dissipation of trust assets by a corporate official.

19.     As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its right as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

**WHEREFORE**, plaintiff requests judgment against defendant, Rod J. Kuehnle, in favor of plaintiff in the amount of $98,640.50; and, for such other and further relief as the Court deems necessary and appropriate.

<u>Count 4</u>
(Unlawful Dissipation of Trust Assets by
a Corporate Official – James A. Kuehnle)

20.     Plaintiff incorporates each and every allegation set forth in paragraph 1 to 19 above as if fully set forth herein.

21.     Defendant, James A. Kuehnle, was a principal of The Egg Store who operated The Egg Store during the period of time in question and who was in a position of control over the PACA trust assets belonging to plaintiff.

22.     Defendant, James A. Kuehnle, failed to direct The Egg Store to fulfill its statutory duties to preserve PACA trust assets and pay plaintiff for the produce supplied.

23.    Defendant, James A. Kuehnle's failure to direct The Egg Store to maintain PACA trust assets and pay plaintiff for the produce supplied was an unlawful dissipation of trust assets by a corporate official.

24.    As a result of said unlawful dissipation of trust assets, plaintiff has been deprived of its right as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

**WHEREFORE**, plaintiff requests judgment against defendant, James A. Kuehnle, in favor of plaintiff in the amount of $98,640.50; and for such other and further relief as the Court deems necessary and appropriate.

<u>Count 5</u>
(Interest and Attorneys Fees)

25.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 24 above as if fully set forth herein.

26.    As a result of defendants' failure to make full payment promptly of $98,640.50, plaintiff has lost the use of said money.

27.    As a further result of defendants' failure to make full payment promptly of $98,640.50, plaintiff has been required to pay attorney's fees and costs in order to bring this action to require defendants to comply with their statutory duties.

28.    PACA and the invoices of plaintiff entitle plaintiff to recover prejudgment interest at a rate of 1.0% per month and attorney's fees incurred to collect any balance due from defendants.

**WHEREFORE**, plaintiff requests judgment against each of the defendants, jointly and severally, for prejudgment interest, costs and attorneys fees, and such other and further relief as the Court deems necessary and appropriate.

Dated this __12th__ day of March, 2008

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By_____/s/ Mary Jean Fassett_____    By:_____/s/ William B. Kohn_____
   Mary Jean Fassett, ID#9078552        William B. Kohn
   4900 Massachusetts Ave., N.W.        150 N. Wacker Drive
   Suite 310                            Suite 1400
   Washington, DC 20016                 Chicago, Illinois 60606
   (202) 364-0400                       (312) 553-1200
   (202) 364-2731 – fax                 (312) 553- 1733 -- fax
   mjf@mccarronlaw.com                  kohn@wbkohnlaw.com

                                                                     Attorneys for Plaintiff

**Exhibit 1**

# Strube Celery & Vegetable Company
### Shippers and Distributors

1157

KUEHNLE EGG & PRODUCE
6190 S. ARCHER
*
CHICAGO, IL 60638

Page  1  of 3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|-------------:|----------------:|
| 12-03-07 | TK | 72586-17 | | 20071203.081415 | 98.00 | 98.00 |
| 12-05-07 | TK | 72590-20 | | 20071205.082959 | 392.00 | 392.00 |
| 12-05-07 | TK | 72590-21 | | 20071205.082957 | 364.00 | 364.00 |
| 12-05-07 | TK | 74218-16 | | 20071205.082961 | 1,343.50 | 1,343.50 |
| 12-06-07 | TK | 72591-47 | DJ5049 | | 450.00 | 450.00 |
| 12-08-07 | TK | 72574-3 | | | -16.00 | -16.00 |
| 12-10-07 | TK | 72600-27 | | 20071210.086157 | 56.00 | 56.00 |
| 12-10-07 | TK | 72600-34 | | 20071210.086233 | 504.00 | 504.00 |
| 12-10-07 | TK | 72600-35 | | 20071210.086233 | 111.00 | 111.00 |
| 12-10-07 | TK | 74240-24 | | 20071210.086157 | 180.00 | 180.00 |
| 12-11-07 | TK | 72577-8 | | | 450.00 | 450.00 |
| 12-14-07 | TK | 74175-25 | | 20071214.089697 | 652.00 | 652.00 |
| 12-14-07 | TK | 74175-27 | | 20071214.089697 | 157.00 | 157.00 |
| 12-14-07 | TK | 74178-3 | | 20071214.089675 | 20.00 | 20.00 |
| 12-14-07 | TK | 75058-13 | | 20071214.089675 | 1,330.00 | 1,330.00 |
| 12-19-07 | TK | 72610-10 | | 20071219.092655 | 645.50 | 645.50 |
| 12-19-07 | TK | 73611-11 | | 20071219.092613 | 691.00 | 691.00 |
| 12-19-07 | TK | 73611-12 | | 20071219.092597 | 76.00 | 76.00 |
| 12-19-07 | TK | 73611-21 | | 20071219.092653 | 22.00 | 22.00 |
| 12-19-07 | TK | 73611-6 | | 20071219.092597 | 142.00 | 142.00 |
| 12-19-07 | TK | 74185-46 | DJ5165 | | 500.00 | 500.00 |
| 12-19-07 | TK | 74211-15 | | 20071219.092597 | 116.50 | 116.50 |
| 12-20-07 | TK | 72560-4 | | 20071220.093583 | 70.00 | 70.00 |
| 12-20-07 | TK | 72610-34 | | | -72.00 | -72.00 |
| 12-20-07 | TK | 73590-19 | | | -10.00 | -10.00 |
| 12-21-07 | TK | 71688-15 | | 20071221.094881 | 770.00 | 770.00 |
| 12-21-07 | TK | 72560-43 | DJ5196 | | 450.00 | 450.00 |
| 12-27-07 | TK | 71723-12 | | 20071227.097619 | 755.50 | 755.50 |
| 12-27-07 | TK | 71723-16 | | 20071227.097619 | 115.75 | 115.75 |
| 12-27-07 | TK | 75060-18 | | 20071227.097631 | 182.00 | 182.00 |
| 12-27-07 | TK | 75060-22 | | | -63.00 | -63.00 |
| 12-29-07 | TK | 73162-2 | | | -14.50 | -14.50 |
| 12-31-07 | TK | 72471-15 | | 20071231.099947 | 302.50 | 302.50 |

# Strube Celery & Vegetable Company
## Shippers and Distributors

1157        KUEHNLE EGG & PRODUCE

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|-----------|-----------------|--------------|-----------------|
| 01-02-08 | TK | 72473-28 | | 20080102.100819 | 519.00 | 519.00 |
| 01-02-08 | TK | 72473-29 | | 20080102.100819 | 357.00 | 357.00 |
| 01-02-08 | TK | 72497-13 | | 20080102.100761 | 6.00 | 6.00 |
| 01-02-08 | TK | 75063-28 | | 20080102.100761 | 183.00 | 183.00 |
| 01-04-08 | TK | 74703-38 | | 20080104.102781 | 14.50 | 14.50 |
| 01-04-08 | TK | 74703-42 | | 20080104.102781 | 582.00 | 582.00 |
| 01-04-08 | TK | 74703-43 | | 20080104.102781 | 16.00 | 16.00 |
| 01-04-08 | TK | 75050-17 | | 20080104.102779 | 871.00 | 871.00 |
| 01-04-08 | TK | 75050-25 | | 20080104.102827 | 170.00 | 170.00 |
| 01-07-08 | TK | 74509-8 | | 20080107.104237 | 867.50 | 867.50 |
| 01-07-08 | TK | 74705-41 | DJ5196 | | -450.00 | -450.00 |
| 01-07-08 | TK | 74707-49 | | 20080107.104239 | 497.75 | 497.75 |
| 01-07-08 | TK | 74707-50 | | 20080107.104239 | 68.00 | 68.00 |
| 01-08-08 | TK | 74686-39 | | 20080108.104637 | -42.00 | -42.00 |
| 01-10-08 | TK | 74507-9 | | 20080110.106745 | 612.00 | 612.00 |
| 01-10-08 | TK | 74681-27 | | 20080110.106759 | 885.50 | 885.50 |
| 01-11-08 | TK | 71696-31 | | | -110.00 | -110.00 |
| 01-11-08 | TK | 71696-32 | | | -110.00 | -110.00 |
| 01-14-08 | TK | 72305-19 | | 20080114.109135 | 651.00 | 651.00 |
| 01-14-08 | TK | 72305-20 | | 20080114.109137 | 336.00 | 336.00 |
| 01-14-08 | TK | 74508-38 | | 20080114.109055 | 592.50 | 592.50 |
| 01-14-08 | TK | 74508-49 | | 20080114.109207 | 120.00 | 120.00 |
| 01-15-08 | TK | 72309-17 | | 20080115.109671 | -28.00 | -28.00 |
| 01-18-08 | TK | 72317-37 | | 20080118.112637 | 120.00 | 120.00 |
| 01-18-08 | TK | 72321-41 | | 20080118.112687 | 497.00 | 497.00 |
| 01-18-08 | TK | 72321-42 | | 20080118.112687 | 85.00 | 85.00 |
| 01-18-08 | TK | 74531-36 | | 20080118.112621 | 2,517.00 | 2,517.00 |
| 01-25-08 | TK | 72900-33 | | 20080125.117285 | 668.00 | 668.00 |
| 01-25-08 | TK | 72900-34 | | 20080125.117287 | 526.00 | 526.00 |
| 01-25-08 | TK | 72900-35 | | 20080125.117289 | 287.50 | 287.50 |
| 01-25-08 | TK | 75052-17 | | 20080125.117267 | 772.00 | 772.00 |
| 02-01-08 | TK | 74902-10 | | 20080201.121845 | 396.00 | 396.00 |
| 02-01-08 | TK | 74902-28 | | 20080201.121949 | 8.00 | 8.00 |

# Strube Celery & Vegetable Company
### Shippers and Distributors

1157               KUEHNLE EGG & PRODUCE          Page  3  of  3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|---|---|---|---|---|---|---|
| 02-01-08 | TK | 75363-37 | | 20080201.121975 | 598.00 | 598.00 |
| 02-01-08 | TK | 75363-38 | | 20080201.121977 | 431.00 | 431.00 |
| 02-04-08 | TK | 72672-48 | DJ6606 | | 520.00 | 520.00 |
| 02-04-08 | TK | 72675-27 | | 20080204.123217 | 302.50 | 302.50 |
| 02-04-08 | TK | 72675-43 | | 20080204.123315 | 275.00 | 275.00 |
| 02-04-08 | TK | 72676-39 | | 20080204.123269 | 287.00 | 287.00 |
| 02-04-08 | TK | 72676-40 | | 20080204.123269 | 14.00 | 14.00 |
| 02-04-08 | TK | 74901-34 | | 20080204.123217 | 335.00 | 335.00 |
| 02-05-08 | TK | 74873-1 | | | 105.00 | 105.00 |
| 02-08-08 | TK | 72686-47 | | 20080208.126221 | 547.50 | 547.50 |

$26,671.00

# Strube Celery & Vegetable Company
### Shippers and Distributors

1097

EGG STORE OAKLAWN
6190 S. ARCHER AVE.
*
CHICAGO, IL 60638

Page  1  of 3

11-MAR-08

## Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|-------------|-----------------|
| 12-03-07 | TK | 72586-18 | | 20071203.081413 | 98.00 | 98.00 |
| 12-05-07 | TK | 72590-22 | | 20071205.082979 | 396.00 | 396.00 |
| 12-05-07 | TK | 72590-23 | | 20071205.082975 | 382.00 | 382.00 |
| 12-05-07 | TK | 72590-24 | | 20071205.082975 | 20.00 | 20.00 |
| 12-05-07 | TK | 74218-17 | | 20071205.082963 | 1,253.50 | 1,253.50 |
| 12-07-07 | TK | 72595-35 | | 20071207.084965 | 194.25 | 194.25 |
| 12-08-07 | TK | 72574-4 | | | -16.00 | -16.00 |
| 12-10-07 | TK | 72574-9 | | 20071210.085345 | -34.00 | -34.00 |
| 12-10-07 | TK | 72600-28 | | 20071210.086159 | 56.00 | 56.00 |
| 12-10-07 | TK | 72600-36 | | 20071210.086237 | 610.00 | 610.00 |
| 12-10-07 | TK | 72600-37 | | 20071210.086237 | 221.00 | 221.00 |
| 12-10-07 | TK | 74240-25 | | 20071210.086159 | 180.00 | 180.00 |
| 12-11-07 | TK | 72577-44 | | | -16.00 | -16.00 |
| 12-14-07 | TK | 74175-30 | | 20071214.089709 | 628.00 | 628.00 |
| 12-14-07 | TK | 74175-32 | | 20071214.089711 | 288.50 | 288.50 |
| 12-14-07 | TK | 74178-4 | | 20071214.089677 | 30.00 | 30.00 |
| 12-14-07 | TK | 75058-14 | | 20071214.089677 | 906.00 | 906.00 |
| 12-19-07 | TK | 72610-13 | | 20071219.092645 | 645.50 | 645.50 |
| 12-19-07 | TK | 73611-13 | | 20071219.092605 | 590.50 | 590.50 |
| 12-19-07 | TK | 73611-14 | | 20071219.092603 | 328.00 | 328.00 |
| 12-19-07 | TK | 73611-22 | | 20071219.092647 | 44.00 | 44.00 |
| 12-19-07 | TK | 73611-7 | | 20071219.092645 | 130.00 | 130.00 |
| 12-19-07 | TK | 74211-16 | | 20071219.092603 | 116.50 | 116.50 |
| 12-20-07 | TK | 73590-20 | | 20071220.093139 | -36.00 | -36.00 |
| 12-21-07 | TK | 71688-16 | | 20071221.094879 | 702.00 | 702.00 |
| 12-27-07 | TK | 71723-17 | | 20071227.097621 | 856.00 | 856.00 |
| 12-27-07 | TK | 71723-18 | | 20071227.097621 | 109.25 | 109.25 |
| 12-27-07 | TK | 75060-19 | | 20071227.097629 | 182.00 | 182.00 |
| 12-27-07 | TK | 75060-23 | | | -105.00 | -105.00 |
| 01-02-08 | TK | 72473-30 | | 20080102.100815 | 467.00 | 467.00 |
| 01-02-08 | TK | 72473-31 | | 20080102.100815 | 210.00 | 210.00 |
| 01-02-08 | TK | 72497-14 | | 20080102.100763 | 6.00 | 6.00 |
| 01-02-08 | TK | 75063-29 | | 20080102.100763 | 50.00 | 50.00 |

# Strube Celery & Vegetable Company

Shippers and Distributors

1097              EGG STORE OAKLAWN

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|--------------|-----------------|
| 01-04-08 | TK | 74703-39 | | 20080104.102785 | 29.00 | 29.00 |
| 01-04-08 | TK | 74703-44 | | 20080104.102787 | 484.00 | 484.00 |
| 01-04-08 | TK | 74703-47 | | 20080104.102785 | 251.00 | 251.00 |
| 01-04-08 | TK | 75050-18 | | 20080104.102783 | 853.50 | 853.50 |
| 01-04-08 | TK | 75050-26 | | 20080104.102829 | 170.00 | 170.00 |
| 01-05-08 | TK | 74705-23 | | 20080105.103183 | -48.00 | -48.00 |
| 01-07-08 | TK | 74509-10 | | 20080107.104243 | 947.50 | 947.50 |
| 01-07-08 | TK | 74686-2 | | 20080107.104241 | 663.25 | 663.25 |
| 01-10-08 | TK | 74507-10 | | 20080110.106743 | 570.00 | 570.00 |
| 01-10-08 | TK | 74681-28 | | 20080110.106761 | 990.25 | 990.25 |
| 01-11-08 | TK | 71695-35 | | 20080111.107793 | 42.00 | 42.00 |
| 01-11-08 | TK | 71696-33 | | | -44.00 | -44.00 |
| 01-11-08 | TK | 71696-34 | | | -55.00 | -55.00 |
| 01-14-08 | TK | 72305-21 | | 20080114.109143 | 66.00 | 66.00 |
| 01-14-08 | TK | 72305-25 | | 20080114.109143 | 659.00 | 659.00 |
| 01-14-08 | TK | 72305-28 | | 20080114.109145 | 386.00 | 386.00 |
| 01-14-08 | TK | 74508-39 | | 20080114.109057 | 568.50 | 568.50 |
| 01-14-08 | TK | 74508-50 | | 20080114.109205 | 120.00 | 120.00 |
| 01-18-08 | TK | 72317-35 | | 20080118.112641 | 120.00 | 120.00 |
| 01-18-08 | TK | 72321-43 | | 20080118.112681 | 394.50 | 394.50 |
| 01-18-08 | TK | 72321-44 | | 20080118.112681 | 308.00 | 308.00 |
| 01-18-08 | TK | 74531-38 | | 20080118.112623 | 1,461.50 | 1,461.50 |
| 01-25-08 | TK | 72900-42 | | 20080125.117345 | 623.00 | 623.00 |
| 01-25-08 | TK | 72900-43 | | 20080125.117305 | 518.00 | 518.00 |
| 01-25-08 | TK | 72900-44 | | 20080125.117307 | 458.50 | 458.50 |
| 01-25-08 | TK | 72900-45 | | 20080125.117305 | 20.00 | 20.00 |
| 01-25-08 | TK | 75052-18 | | 20080125.117269 | 527.00 | 527.00 |
| 02-01-08 | TK | 74902-13 | | 20080201.121851 | 360.00 | 360.00 |
| 02-01-08 | TK | 74902-29 | | 20080201.121951 | 24.00 | 24.00 |
| 02-01-08 | TK | 75363-39 | | 20080201.121973 | 489.00 | 489.00 |
| 02-01-08 | TK | 75363-44 | | 20080201.121979 | 416.00 | 416.00 |
| 02-01-08 | TK | 75363-45 | | 20080201.121981 | 90.00 | 90.00 |
| 02-02-08 | TK | 72672-8 | | 20080201.122033 | 14.00 | 14.00 |

# Strube Celery & Vegetable Company

Shippers and Distributors

1097             EGG STORE OAKLAWN

Page   3   of 3

11-MAR-08

## Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|-----------|-----------------|--------------|-----------------|
| 02-02-08 | TK | 72672-9 | | 20080201.122035 | -24.00 | -24.00 |
| 02-04-08 | TK | 72675-28 | | 20080204.123209 | 432.50 | 432.50 |
| 02-04-08 | TK | 72675-46 | | 20080204.123321 | 275.00 | 275.00 |
| 02-04-08 | TK | 72676-25 | | 20080204.123209 | 36.00 | 36.00 |
| 02-04-08 | TK | 72676-41 | | 20080204.123267 | 346.00 | 346.00 |
| 02-04-08 | TK | 72676-42 | | 20080204.123267 | 70.00 | 70.00 |
| 02-04-08 | TK | 74901-35 | | 20080204.123211 | 335.00 | 335.00 |
| 02-05-08 | TK | 74873-2 | | | 105.00 | 105.00 |

$23,545.00

# Strube Celery & Vegetable Company

Shippers and Distributors

1643

EGG STORE HALSTED
6190 S. ARCHER AVE.
*
CHICAGO, IL 60638

Page  1  of 2

11-MAR-08

## Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|-----------|-----------------|-------------|-----------------|
| 12-05-07 | TK | 72590-28 | | 20071205.082987 | 423.00 | 423.00 |
| 12-05-07 | TK | 72590-31 | | 20071205.082987 | 132.00 | 132.00 |
| 12-05-07 | TK | 74218-19 | | 20071205.082955 | 1,422.50 | 1,422.50 |
| 12-07-07 | TK | 72595-38 | | 20071207.084969 | 130.00 | 130.00 |
| 12-10-07 | TK | 72600-41 | | 20071210.086261 | 456.00 | 456.00 |
| 12-10-07 | TK | 72600-44 | | 20071210.086261 | 34.00 | 34.00 |
| 12-10-07 | TK | 74240-27 | | 20071210.086213 | 180.00 | 180.00 |
| 12-11-07 | TK | 72577-43 | | | -16.00 | -16.00 |
| 12-14-07 | TK | 74175-35 | | 20071214.089743 | 782.50 | 782.50 |
| 12-14-07 | TK | 74175-36 | | 20071214.089743 | 75.00 | 75.00 |
| 12-14-07 | TK | 74178-6 | | 20071214.089681 | 30.00 | 30.00 |
| 12-14-07 | TK | 75058-16 | | 20071214.089681 | 1,048.00 | 1,048.00 |
| 12-19-07 | TK | 72610-15 | | 20071219.092637 | 445.50 | 445.50 |
| 12-19-07 | TK | 73611-18 | | 20071219.092641 | 493.50 | 493.50 |
| 12-19-07 | TK | 73611-20 | | 20071219.092639 | 36.00 | 36.00 |
| 12-19-07 | TK | 73611-24 | | 20071219.092639 | 44.00 | 44.00 |
| 12-19-07 | TK | 73611-9 | | 20071219.092637 | 78.00 | 78.00 |
| 12-19-07 | TK | 74211-19 | | 20071219.092639 | 103.00 | 103.00 |
| 12-21-07 | TK | 71688-18 | | 20071221.094875 | 666.50 | 666.50 |
| 12-21-07 | TK | 75085-13 | | 20071221.094875 | 180.00 | 180.00 |
| 12-27-07 | TK | 71723-22 | | 20071227.097633 | 755.50 | 755.50 |
| 12-27-07 | TK | 71723-23 | | 20071227.097633 | 46.75 | 46.75 |
| 12-27-07 | TK | 75060-20 | | 20071227.097627 | 182.00 | 182.00 |
| 12-27-07 | TK | 75060-25 | | | -70.00 | -70.00 |
| 01-02-08 | TK | 72473-34 | | 20080102.100821 | 549.00 | 549.00 |
| 01-02-08 | TK | 72473-35 | | 20080102.100825 | 71.75 | 71.75 |
| 01-02-08 | TK | 72497-16 | | 20080102.100769 | 30.00 | 30.00 |
| 01-02-08 | TK | 75063-26 | | 20080102.100765 | 398.00 | 398.00 |
| 01-04-08 | TK | 74703-41 | | 20080104.102789 | 29.00 | 29.00 |
| 01-04-08 | TK | 74704-2 | | 20080104.102803 | 479.00 | 479.00 |
| 01-04-08 | TK | 74704-3 | | 20080104.102803 | 80.00 | 80.00 |
| 01-04-08 | TK | 75050-20 | | 20080104.102789 | 622.00 | 622.00 |
| 01-04-08 | TK | 75050-23 | | 20080104.102825 | 373.50 | 373.50 |

# Strube Celery & Vegetable Company
### Shippers and Distributors

1643               EGG STORE HALSTED

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|-------------|-----------------|
| 01-07-08 | TK | 74509-12 | | 20080107.104247 | 362.50 | 362.50 |
| 01-07-08 | TK | 74686-4 | | 20080107.104245 | 494.50 | 494.50 |
| 01-10-08 | TK | 74507-12 | | 20080110.106739 | 356.00 | 356.00 |
| 01-10-08 | TK | 74681-30 | | 20080110.106765 | 949.25 | 949.25 |
| 01-11-08 | TK | 71695-34 | | 20080111.107791 | 63.00 | 63.00 |
| 01-11-08 | TK | 71696-38 | | | -110.00 | -110.00 |
| 01-14-08 | TK | 71697-35 | | | -64.00 | -64.00 |
| 01-14-08 | TK | 72305-23 | | 20080114.109139 | 44.00 | 44.00 |
| 01-14-08 | TK | 72305-31 | | 20080114.109161 | 418.00 | 418.00 |
| 01-14-08 | TK | 72305-33 | | 20080114.109161 | 73.00 | 73.00 |
| 01-14-08 | TK | 74508-41 | | 20080114.109061 | 442.50 | 442.50 |
| 01-14-08 | TK | 74534-2 | | 20080114.109203 | 290.00 | 290.00 |
| 01-18-08 | TK | 72317-36 | | 20080118.112639 | 120.00 | 120.00 |
| 01-18-08 | TK | 72321-48 | | 20080118.112677 | 628.50 | 628.50 |
| 01-18-08 | TK | 72321-49 | | 20080118.112677 | 170.00 | 170.00 |
| 01-18-08 | TK | 74531-40 | | 20080118.112627 | 1,024.00 | 1,024.00 |
| 01-25-08 | TK | 72901-2 | | 20080125.117351 | 734.00 | 734.00 |
| 01-25-08 | TK | 72901-3 | | 20080125.117353 | 783.50 | 783.50 |
| 01-25-08 | TK | 72901-5 | | 20080125.117349 | 300.00 | 300.00 |
| 01-25-08 | TK | 75052-20 | | 20080125.117273 | 310.00 | 310.00 |
| 02-01-08 | TK | 72672-1 | | 20080201.121969 | 197.50 | 197.50 |
| 02-01-08 | TK | 74902-12 | | 20080201.121849 | 510.00 | 510.00 |
| 02-01-08 | TK | 74902-31 | | 20080201.121969 | 24.00 | 24.00 |
| 02-01-08 | TK | 75363-49 | | 20080201.121971 | 759.50 | 759.50 |
| 02-04-08 | TK | 72675-30 | | 20080204.123201 | 605.00 | 605.00 |
| 02-04-08 | TK | 72675-45 | | 20080204.123309 | 77.00 | 77.00 |
| 02-04-08 | TK | 72676-24 | | | -70.00 | -70.00 |
| 02-04-08 | TK | 72676-28 | | 20080204.123201 | 36.00 | 36.00 |
| 02-04-08 | TK | 72676-45 | | 20080204.123263 | 780.00 | 780.00 |
| 02-04-08 | TK | 74901-37 | | 20080204.123203 | 708.00 | 708.00 |
| 02-05-08 | TK | 74873-4 | | | 210.00 | 210.00 |

$21,515.75

# Strube Celery & Vegetable Company
### Shippers and Distributors

1598

EGG STORE CERMAK
6190 S. ARCHER AVE.
*
CHICAGO, IL 60638

Page  1  of 3

11-MAR-08

## Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|---|---|---|---|---|---|---|
| 12-03-07 | TK | 72586-19 | | 20071203.081411 | 98.00 | 98.00 |
| 12-05-07 | TK | 72590-25 | | 20071205.082981 | 425.00 | 425.00 |
| 12-05-07 | TK | 72590-26 | | 20071205.082983 | 431.00 | 431.00 |
| 12-05-07 | TK | 72590-27 | | 20071205.082983 | 20.00 | 20.00 |
| 12-05-07 | TK | 74218-18 | | 20071205.082953 | 1,433.50 | 1,433.50 |
| 12-06-07 | TK | 74218-26 | | | -42.00 | -42.00 |
| 12-07-07 | TK | 72595-37 | | 20071207.084967 | 108.00 | 108.00 |
| 12-08-07 | TK | 72574-5 | | | -32.00 | -32.00 |
| 12-10-07 | TK | 72574-8 | | | -34.00 | -34.00 |
| 12-10-07 | TK | 72600-29 | | 20071210.086161 | 56.00 | 56.00 |
| 12-10-07 | TK | 72600-38 | | 20071210.086253 | 547.00 | 547.00 |
| 12-10-07 | TK | 72600-40 | | 20071210.086255 | 266.50 | 266.50 |
| 12-10-07 | TK | 74240-26 | | 20071210.086161 | 270.00 | 270.00 |
| 12-14-07 | TK | 74175-33 | | 20071214.089729 | 726.00 | 726.00 |
| 12-14-07 | TK | 74175-34 | | 20071214.089731 | 403.00 | 403.00 |
| 12-14-07 | TK | 74178-5 | | 20071214.089679 | 30.00 | 30.00 |
| 12-14-07 | TK | 75058-15 | | 20071214.089679 | 1,760.00 | 1,760.00 |
| 12-19-07 | TK | 72610-14 | | 20071219.092649 | 645.50 | 645.50 |
| 12-19-07 | TK | 73611-15 | | 20071219.092611 | 470.00 | 470.00 |
| 12-19-07 | TK | 73611-16 | | 20071219.092609 | 233.00 | 233.00 |
| 12-19-07 | TK | 73611-23 | | 20071219.092651 | 110.00 | 110.00 |
| 12-19-07 | TK | 73611-8 | | 20071219.092649 | 130.00 | 130.00 |
| 12-19-07 | TK | 74211-17 | | 20071219.092609 | 103.00 | 103.00 |
| 12-21-07 | TK | 71688-17 | | 20071221.094877 | 581.00 | 581.00 |
| 12-27-07 | TK | 71723-19 | | 20071227.097623 | 745.50 | 745.50 |
| 12-27-07 | TK | 71723-20 | | 20071227.097623 | 143.25 | 143.25 |
| 12-27-07 | TK | 75060-24 | | | -105.00 | -105.00 |
| 01-02-08 | TK | 72473-32 | | 20080102.100823 | 462.00 | 462.00 |
| 01-02-08 | TK | 72473-33 | | 20080102.100823 | 327.25 | 327.25 |
| 01-02-08 | TK | 72497-15 | | 20080102.100767 | 18.00 | 18.00 |
| 01-02-08 | TK | 75063-27 | | 20080102.100767 | 220.00 | 220.00 |
| 01-04-08 | TK | 74703-40 | | 20080104.102773 | 21.75 | 21.75 |
| 01-04-08 | TK | 74703-48 | | 20080104.102773 | 504.00 | 504.00 |

# Strube Celery & Vegetable Company
Shippers and Distributors

1598          EGG STORE CERMAK

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|---|---|---|---|---|---|---|
| 01-04-08 | TK | 74703-50 | | 20080104.102775 | 392.50 | 392.50 |
| 01-04-08 | TK | 75050-19 | | 20080104.102777 | 1,147.50 | 1,147.50 |
| 01-04-08 | TK | 75050-27 | | 20080104.102831 | 340.00 | 340.00 |
| 01-07-08 | TK | 74509-11 | | 20080107.104251 | 812.50 | 812.50 |
| 01-07-08 | TK | 74686-3 | | 20080107.104249 | 494.00 | 494.00 |
| 01-10-08 | TK | 74507-11 | | 20080110.106741 | 728.00 | 728.00 |
| 01-10-08 | TK | 74681-29 | | 20080110.106763 | 850.00 | 850.00 |
| 01-11-08 | TK | 71695-33 | | 20080111.107789 | 126.00 | 126.00 |
| 01-11-08 | TK | 71696-35 | | | -44.00 | -44.00 |
| 01-11-08 | TK | 71696-36 | | | -55.00 | -55.00 |
| 01-14-08 | TK | 72305-22 | | 20080114.109141 | 44.00 | 44.00 |
| 01-14-08 | TK | 72305-29 | | 20080114.109163 | 623.00 | 623.00 |
| 01-14-08 | TK | 72305-30 | | 20080114.109165 | 371.00 | 371.00 |
| 01-14-08 | TK | 74508-40 | | 20080114.109059 | 730.50 | 730.50 |
| 01-14-08 | TK | 74534-1 | | 20080114.109201 | 180.00 | 180.00 |
| 01-15-08 | TK | 72305-36 | | 20080115.109331 | -32.00 | -32.00 |
| 01-18-08 | TK | 72317-24 | | 20080118.112643 | 180.00 | 180.00 |
| 01-18-08 | TK | 72321-46 | | 20080118.112683 | 500.50 | 500.50 |
| 01-18-08 | TK | 72321-47 | | 20080118.112685 | 405.50 | 405.50 |
| 01-18-08 | TK | 74531-39 | | 20080118.112625 | 1,719.50 | 1,719.50 |
| 01-25-08 | TK | 72900-46 | | 20080125.117343 | 739.00 | 739.00 |
| 01-25-08 | TK | 72900-49 | | 20080125.117341 | 645.50 | 645.50 |
| 01-25-08 | TK | 72900-50 | | 20080125.117339 | 548.00 | 548.00 |
| 01-25-08 | TK | 72901-1 | | 20080125.117339 | 20.00 | 20.00 |
| 01-25-08 | TK | 75052-19 | | 20080125.117271 | 807.00 | 807.00 |
| 02-01-08 | TK | 74902-11 | | 20080201.121847 | 560.00 | 560.00 |
| 02-01-08 | TK | 74902-30 | | 20080201.121965 | 24.00 | 24.00 |
| 02-01-08 | TK | 75363-46 | | 20080201.121965 | 566.00 | 566.00 |
| 02-01-08 | TK | 75363-47 | | 20080201.121963 | 407.50 | 407.50 |
| 02-01-08 | TK | 75363-48 | | 20080201.121961 | 232.00 | 232.00 |
| 02-04-08 | TK | 72675-29 | | 20080204.123205 | 345.00 | 345.00 |
| 02-04-08 | TK | 72675-47 | | 20080204.123319 | 110.00 | 110.00 |
| 02-04-08 | TK | 72676-27 | | 20080204.123205 | 60.00 | 60.00 |

# Strube Celery & Vegetable Company

Shippers and Distributors

1598                EGG STORE CERMAK

Page  3  of 3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|---|---|---|---|---|---|---|
| 02-04-08 | TK | 72676-43 | | 20080204.123265 | 532.00 | 532.00 |
| 02-04-08 | TK | 72676-44 | | 20080204.123265 | 144.00 | 144.00 |
| 02-04-08 | TK | 74901-36 | | 20080204.123207 | 370.00 | 370.00 |
| 02-05-08 | TK | 74873-3 | | | 210.00 | 210.00 |

$26,908.75

**Exhibit 2**

| 2404 S. Wolcott Ave. 16-20<br>Chicago, Illinois 60608 | **S T R U B E CELERY & VEGETABLE COMPANY**<br>** PRIMUS CERTIFIED ** | Phone  312-226-7880<br>Fax   312-226-7644 |
| --- | --- | --- |

**INVOICE #:**   72586-17        JD

**DATE:**        03-DEC-2007      10:46 AM

**CUST. NO.:**   1157                     POȴ

SOLD TO:   KUEHNLE EGG & PRODUCE            ** REPRINT **
6190 S. ARCHER
CHICAGO, IL 60638                           INV #:  72586-17
                                            BOOTH: 14

** **                                TERMS:

                                Ctg:       TYPE:  PACA TERMS

| LOT # | QTY | COMMODITY | | DEPT. | PRICE | EXT. AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | ELIT | | | | | |
| 82102 | 5 | MUSH, 16OZ.<br>4D ELITE | | 1 | 13.00 | $65.00 |
| | ELIT | | | | | |
| 82102 | 3 | MUSH, 8OZ.<br>4D ELITE | | 1 | 11.00 | $33.00 |

Pkgs: 8     ** PALLETS OUT ____ PALLETS IN ____ **      INVOICE TOTAL:              **$98.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due    shall be considered owed in connection with the transaction under the PACA Trust.

| 2404 S. Wolcott Ave. 16-20 | **S T R U B E CELERY & VEGETABLE COMPANY** | Phone 312-226-7880 |
|---|---|---|
| Chicago, Illinois 60608 | ** PRIMUS CERTIFIED ** | Fax 312-226-7644 |

**INVOICE #:** 72590-20    JD

**DATE:** 05-DEC-2007    10:46 AM

**CUST. NO.:** 1157    PO#

**SOLD TO:** KUEHNLE EGG & PRODUCE          ** REPRINT **
6190 S. ARCHER
CHICAGO, IL 60638                              **INV #:** 72590-20
                                               **BOOTH:** 14

** **                              **TERMS:**

Ctg:                              **TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| 82091 | ST 10 | XX SET OUT ONION,GREEN 48 1C SUNTERRA | 1 | 3.00 | $30.00 |
| 82107 | D'AR 1 | ANISE,30 2C "30" ANDY BOY | 1 | 16.00 | $16.00 |
| 82103 | PARD 2 | BEET,BCH 24 1C CHAMPS | 1 | 20.00 | $40.00 |
| 82049 | G 15 | -MED- BEET,LSE 25# 3B 25#POLY SACK | 1 | 6.00 | $90.00 |
| 82128 | IPP 2 | BRUSSEL,SPRT LSE 25 1C SR QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82109 | GRIM 2 | CARROT,PEEL BABY 24/1 2C CLASSIC | 1 | 18.00 | $36.00 |
| 81970 | PARD 1 | DILL 4 DOZ 1C CHAMP | 1 | 30.00 | $30.00 |
| 82128 | IPP 1 | ESCAROLE, 2C QUEEN VICTORIA | 1 | 22.00 | $22.00 |
| 82128 | IPP 3 | LETTUCE,LEAF GREEN 3B QUEEN VICTORIA | 1 | 13.00 | $39.00 |
| 82108 | D'AR 3 | LETTUCE, LEAF RED 3B ANDY BOY | 1 | 15.00 | $45.00 |

Pkgs: 40    ** PALLETS OUT ____ PALLETS IN ____ **    INVOICE TOTAL:    **$392.00**

**Office Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

| | | |
|---|---|---|
| 2404 S. Wolcott Ave. 16-20<br>Chicago, Illinois 60608 | **S T R U B E CELERY & VEGETABLE COMPANY**<br>** PRIMUS CERTIFIED ** | Phone  312-226-7880<br>Fax   312-226-7644 |

**INVOICE #:**  72586-18          JD

**DATE:**          03-DEC-2007      10:53 AM

**CUST. NO.:**   1097                PO#

**SOLD TO:**  EGG STORE OAKLAWN                    ** REPRINT **
8749 RIDGELAND
CHICAGO,IL                                    **INV #:**  72586-18

                                              **BOOTH:** 14

**            TERMS:

**     **                                    Ctg:                **TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | | DEPT. | PRICE | EXT. AMOUNT |
|-------|-----|-----------|---|-------|-------|-------------|
| | ELIT | | | | | |
| 82102 | 5 | MUSH, 16OZ.<br>4D ELITE | | 1 | 13.00 | $65.00 |
| | ELIT | | | | | |
| 82102 | 3 | MUSH,  8OZ.<br>4D ELITE | | 1 | 11.00 | $33.00 |

Pkgs: 8     ** PALLETS OUT ____ PALLETS IN ____ **     INVOICE TOTAL:          **$98.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of any balance due    shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E CELERY & VEGETABLE COMPANY**

2404 S. Wolcott Ave.  16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax    312-226-7644

** PRIMUS CERTIFIED **

**INVOICE #:**   72590-22      JD

**DATE:**   05-DEC-2007   10:53 AM

**CUST. NO.:**   1097          PO#

**SOLD TO:**   EGG STORE OAKLAWN
               8749 RIDGELAND
               CHICAGO, IL

** REPRINT **

**INV #:**  72590-22

**BOOTH:** 12

** **

TERMS:

Ctg:

**TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|-------|-----|-----------|-------|-------|-------------|
| | ST | | | | |
| 82091 | 15 | ONION, GREEN 48 | 1 | 3.00 | $45.00 |
| | | 1C SUNTERRA | | | |
| | D'AR | | | | |
| 82107 | 1 | ANISE, 30 | 1 | 16.00 | $16.00 |
| | | 2C "30" ANDY BOY | | | |
| | PARD | | | | |
| 82103 | 1 | BEET, BCH 24 | 1 | 20.00 | $20.00 |
| | | 1C CHAMPS | | | |
| | G  MED | | | | |
| 82049 | 10 | BEET, LSE 25# | 1 | 6.00 | $60.00 |
| | | 3B 25#POLY SACK | | | |
| | IPP | | | | |
| 82128 | 2 | BRUSSEL, SPRT LSE 25 | 1 | 22.00 | $44.00 |
| | | 1C SR QUEEN VICTORIA | | | |
| | GRIM | | | | |
| 82109 | 3 | CARROT, PEEL BABY 24/1 | 1 | 18.00 | $54.00 |
| | | 2C CLASSIC | | | |
| | PARD | | | | |
| 81970 | 1 | DILL 4 DOZ | 1 | 30.00 | $30.00 |
| | | 1C CHAMP | | | |
| | IPP | | | | |
| 82128 | 2 | ESCAROLE, | 1 | 22.00 | $44.00 |
| | | 2C QUEEN VICTORIA | | | |
| | IPP | | | | |
| 82089 | 2 | ENDIVE, | 1 | 22.00 | $44.00 |
| | | 2C QUEEN VICTORIA | | | |
| | IPP | | | | |
| 82128 | 3 | LETTUCE, LEAF GREEN | 1 | 13.00 | $39.00 |
| | | 3B QUEEN VICTORIA | | | |

Pkgs: 40      ** PALLETS OUT ____  PALLETS IN ____ **      INVOICE TOTAL:          $396.00

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E  CELERY & VEGETABLE COMPANY**

2404 S. Wolcott Ave.  16-20
Chicago, Illinois 60608

** PRIMUS CERTIFIED **

Phone  312-226-7880
Fax  312-226-7644

| | | |
|---|---|---|
| **INVOICE #:** | 72590-28 | JD |
| **DATE:** | 05-DEC-2007 | 11:36 AM |
| **CUST. NO.:** | 1643 | PO# |

**SOLD TO:**  **EGG STORE HALSTED**
6190 S. ARCHER AVE.
CHICAGO,IL 60638

** REPRINT **

INV #:  72590-28

BOOTH: 12

**     **

Ctg:

TERMS:

TYPE:  PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| | ST | S/O | | | |
| 82091 | 39 | ONION,GREEN 48 | 1 | 3.00 | $117.00 |
| | | 1C SUNTERRA | | | |
| | D'AR | | | | |
| 82107 | 1 | ANISE,30 | 1 | 16.00 | $16.00 |
| | | 2C "30" ANDY BOY | | | |
| | IPP | | | | |
| 82128 | 2 | BRUSSEL,SPRT LSE 25 | 1 | 22.00 | $44.00 |
| | | 1C SR QUEEN VICTORIA | | | |
| | GRIM | | | | |
| 82109 | 2 | CARROT,PEEL BABY 24/1 | 1 | 18.00 | $36.00 |
| | | 2C CLASSIC | | | |
| | PARD | | | | |
| 82103 | 1 | DANDELION,24'S | 1 | 20.00 | $20.00 |
| | | 1C PARD | | | |
| | IPP | | | | |
| 82128 | 2 | ESCAROLE, | 1 | 22.00 | $44.00 |
| | | 2C QUEEN VICTORIA | | | |
| | IPP | | | | |
| 82089 | 1 | ENDIVE, | 1 | 22.00 | $22.00 |
| | | 2C QUEEN VICTORIA | | | |
| | D'AR | | | | |
| 82108 | 2 | LETTUCE,LEAF GREEN | 1 | 13.00 | $26.00 |
| | | 3B ANDY BOY | | | |
| | ELIT | | | | |
| 82129 | 3 | MUSH,  8OZ. | 1 | 11.00 | $33.00 |
| | | 4D ELITE | | | |
| | ELIT | | | | |
| 82129 | 5 | MUSH, 16OZ. | 1 | 13.00 | $65.00 |
| | | 4D ELITE | | | |

Pkgs: 58    ** PALLETS OUT ____  PALLETS IN ____ **    INVOICE TOTAL:    **$423.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E  CELERY & VEGETABLE COMPANY**
** PRIMUS CERTIFIED **

2404 S. Wolcott Ave.  16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax  312-226-7644

| INVOICE #: | 72590-31 | JD |
|---|---|---|
| DATE: | 05-DEC-2007 | 11:11 AM |
| CUST. NO.: | 1643 | PO# |

SOLD TO: **EGG STORE HALSTED**
6190 S. ARCHER AVE.
CHICAGO,IL 60638

** REPRINT **

INV #:  72590-31
BOOTH: 12

**   **

TERMS:

Ctg:

TYPE:  PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| | IPP | | | | |
| 82044 | 1 | PARSLEY,CURLY 5 DZ. | 1 | 16.00 | $16.00 |
| | | 1C SR QUEEN VICTORIA | | | |
| | MUR | | | | |
| 82130 | 1 | PARSLEY,PLAIN | 1 | 16.00 | $16.00 |
| | | 1C MURANAKA | | | |
| | AP | | | | |
| 82039 | 2 | PEPPER,  BAN HOT,FULL BU | 1 | 20.00 | $40.00 |
| | | 1B WOOD CRATE | | | |
| | RIO | | | | |
| 82101 | 1 | KOHLRABI, 24'S | 1 | 20.00 | $20.00 |
| | | 1C RIO FRESH | | | |
| | JK | | | | |
| 20280 | 1 | RUTABAGO | 4 | 20.00 | $20.00 |
| | | 3A VERY FINE | | | |
| | M | | | | |
| 82047 | 2 | TURNIP,MED LSE 25# | 1 | 10.00 | $20.00 |
| | | 3B FRESH TURNIP | | | |

Pkgs: 8    ** PALLETS OUT ____  PALLETS IN ____  **    INVOICE TOTAL:    $132.00

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due    shall be considered owed in connection with the transaction under the PACA Trust.

| | | **S T R U B E CELERY & VEGETABLE COMPANY** | | | |
|---|---|---|---|---|---|
| 2404 S. Wolcott Ave. 16-20 | | | | Phone 312-226-7880 | |
| Chicago, Illinois 60608 | | ** PRIMUS CERTIFIED ** | | Fax 312-226-7644 | |

**INVOICE #:** 72586-19     JD

**DATE:** 03-DEC-2007     11:01 AM

**CUST. NO.:** 1598     PO:

**SOLD TO:** EGG STORE CERMAK                              ** REPRINT **

7069 CERMAK

CHICAGO,IL                                              INV #: 72586-19

**BOOTH:** 14

** **                              **TERMS:**

Ctg:                              **TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| | ELIT | | | | |
| 82102 | 5 | MUSH, 16OZ. | 1 | 13.00 | $65.00 |
| | | 4D ELITE | | | |
| | ELIT | | | | |
| 82102 | 3 | MUSH, 8OZ. | 1 | 11.00 | $33.00 |
| | | 4D ELITE | | | |

Pkgs: 8     ** PALLETS OUT ____ PALLETS IN ____ **     INVOICE TOTAL:     **$98.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable
Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of   these commodities until full
payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of
any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E CELERY & VEGETABLE COMPANY**
**\*\* PRIMUS CERTIFIED \*\***

2404 S. Wolcott Ave. 16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax   312-226-7644

| | |
|---|---|
| **INVOICE #:** | 72590-25        JD |
| **DATE:** | 05-DEC-2007        11:01 AM |
| **CUST. NO.:** | 1598        PO# |

**SOLD TO:**  EGG STORE CERMAK
7069 CERMAK
CHICAGO,IL

\*\* REPRINT \*\*

INV #:  72590-25

BOOTH: 12

\*\*  \*\*

TERMS:

Ctg:

TYPE:  PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| 82091 | ST 20 | XX S/O ONION,GREEN 48 1C SUNTERRA | 1 | 3.00 | $60.00 |
| 82107 | D'AR 2 | ANISE,30 2C "30" ANDY BOY | 1 | 16.00 | $32.00 |
| 82103 | PARD 2 | BEET,BCH 24 1C CHAMPS | 1 | 20.00 | $40.00 |
| 82049 | G 5 | BEET,LSE 25# 3B 25#POLY SACK | 1 | 6.00 | $30.00 |
| 82128 | IPP 2 | BRUSSEL,SPRT LSE 25 1C SR QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82103 | PARD 2 | DANDELION,24'S 1C PARD | 1 | 20.00 | $40.00 |
| 81970 | PARD 1 | DILL 4 DOZ 1C CHAMP | 1 | 30.00 | $30.00 |
| 82128 | IPP 3 | ESCAROLE, 2C QUEEN VICTORIA | 1 | 22.00 | $66.00 |
| 82089 | IPP 2 | ENDIVE, 2C QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82128 | IPP 3 | LETTUCE,LEAF GREEN 3B QUEEN VICTORIA | 1 | 13.00 | $39.00 |

Pkgs: 42      \*\* PALLETS OUT _____  PALLETS IN _____ \*\*      INVOICE TOTAL:      **$425.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.