## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1485  Assigned/Issued By: J. N.

Judge Name: MANNING  Designated Magistrate Judge: SCHENKIER

### FEE INFORMATION

Amount Due: ✓ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350  Receipt #: 2608657

Date Payment Rec'd: 3-12-08  Fiscal Clerk: J. N.

### ISSUANCES

✓ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets  ☐ Other
☐ Writ _____
*(Type of Writ)*
_____
*(Type of issuance)*

3 Original and 0 copies on 3-12-08 as to ALL DEFENDANTS
*(Date)*