IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRUBE CELERY AND VEGETABLE CO. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Civil No. 08 C 1485 |
| | : **JUDGE MANNING** |
| THE EGG STORE, INC., a/t/a | : **MAGISTRATE JUDGE SCHENKIER** |
| KUEHNLE EGG & PRODUCE, et al | : |
| | : |
| Defendants | : |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, Strube Celery and Vegetable Co., by and through counsel, certifies that it has no parents, subsidiaries or affiliates which are publicly held.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN


By_____/s/ Mary Jean Fassett_____    By:_____/s/ William B. Kohn_____
    Mary Jean Fassett, ID#9078552            William B. Kohn
    4900 Massachusetts Ave., N.W.            150 N. Wacker Drive
    Suite 310                                Suite 1400
    Washington, DC 20016                     Chicago, Illinois 60606
    (202) 364-0400                           (312) 553-1200
    (202) 364-2731 – fax                     (312) 553- 1733 -- fax
    mjf@mccarronlaw.com                      kohn@wbkohnlaw.com

                                                        Attorneys for Plaintiff