IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STRUBE CELERY AND VEGETABLE CO. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No.  08 C 1485 |
| | : | |
| THE EGG STORE, INC., a/t/a | : | **JUDGE MANNING** |
| KUEHNLE EGG & PRODUCE, et al | : | **MAGISTRATE JUDGE SCHENKIER** |
| | : | |
| Defendants | : | |

**MOTION FOR PRELIMINARY INJUNCTION**

Upon the verified affidavit of Bob Fotopolous and the accompanying memorandum in support, plaintiff moves the Court to issue a preliminary injunction order under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of The Egg Store, Inc., a/t/a Kuehnle Egg & Produce, except for payment to plaintiff, until there is full payment to plaintiff of $98,640.50 pending the final outcome of this action.

McCARRON & DIESS                              LAW OFFICES OF WILLIAM B. KOHN

By      /s/ Mary Jean Fassett              By:      /s/ William B. Kohn
   Mary Jean Fassett, ID#9078552            William B. Kohn
   4900 Massachusetts Ave., N.W.            150 N. Wacker Drive
   Suite 310                                Suite 1400
   Washington, DC 20016                     Chicago, Illinois 60606
   (202) 364-0400                           (312) 553-1200
   (202) 364-2731 – fax                     (312) 553- 1733 -- fax
   mjf@mccarronlaw.com                      kohn@wbkohnlaw.com

                                            Attorneys for Plaintiff