IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STRUBE CELERY AND VEGETABLE CO.    :
                                                        :
                    Plaintiff                          :
                                                        :
                                                        :
            v.                                          :  Civil No. 08C1485
                                                        :  J. Manning
THE EGG STORE, INC., a/t/a                 :  Mag. Judge Schenkier
KUEHNLE EGG & PRODUCE, et al          :
                                                        :
                    Defendants                     :

**AFFIDAVIT OF BOB FOTOPOLOUS IN SUPPORT OF
MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Bob Fotopolous, being duly sworn, deposes and says:

1.      I am the accounts receivable manager of Strube Celery and Vegetable

Co. ("Strube") the Plaintiff in the above-referenced proceeding.  Strube is located at

2404 S. Wolcott Avenue, Units 16-20, Chicago, Illinois 60608.

2.      I make this Affidavit in Support of Plaintiff's Motions for Temporary

Restraining Order and Preliminary Injunction.

3.      I am personally familiar with all matters which are the subject of this

proceeding and the facts set forth in this affidavit are within my personal knowledge. If

called upon as a witness, I would and could competently testify to all facts stated in this

affidavit.

4.      Strube is in the business of shipping and selling wholesale quantities of

perishable agricultural commodities (hereafter "produce") throughout the wholesale,

retail and food service markets.  Strube is a produce dealer subject to and licensed

under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C.

- 1 -

§499a et. seq. (hereafter "PACA"). With specific reference to the perishable agricultural commodities that are the subject of the PACA trust claim of Strube against defendants, those commodities were grown, shipped and moved in or in anticipation of interstate commerce.

5.    The Egg Store, Inc., a/t/a Kuehnle Egg & Produce ("The Egg Store"), purchased wholesale quantities of produce from Strube and resold those commodities. The Egg Store is a produce dealer subject to and licensed under PACA as a dealer. Upon information and belief, this entity is owned and controlled by the individual defendants, Rod J. Kuehnle and James A. Kuehnle.

6.    The sales and accounts receivable records of Strube, including, but not limited to, invoices and account statements, are made in the ordinary course of business and are made at or near the time of the occurrence of the event of which they are a record. These business records are made by me or under my direction and supervision by employees whose duty it is to prepare such documents.

7.    My responsibilities include monitoring the sale of perishable agricultural commodities, including those sales that are the subject of this dispute. My responsibilities also include supervising collection of the accounts receivable for such sales, including the account of The Egg Store which is the subject of the present motion. I have custody and control of the sales and accounts receivable records of Strube as they relate to The Egg Store, and I am thoroughly familiar with the manner in which those records are compiled.

8.    Between December 3, 2007, and February 8, 2008, Strube sold and delivered to defendant, The Egg Store, in interstate commerce, wholesale amounts of produce items worth $98,640.50, which remains unpaid.

- 2 -

9.    I was responsible for supervising the collection of receivables resulting from the subject sales transactions, and I am custodian of all invoices, including those at issue in this proceeding.  With respect to each of the sales transactions described above, an itemized invoice containing the requisite trust language under 7 U.S.C. §499e(c)(4) was hand-delivered to defendant The Egg Store.  All invoices to The Egg Store include a provision for prejudgment interest at 1.0% per month and for attorney's fees.  Attached as Exhibit 1 are true and correct copies of reports summarizing the outstanding invoices for produce sold to The Egg Store.  A representative sampling of the unpaid invoices are attached hereto as Exhibit 2.  All the other outstanding invoices, which are too voluminous to attach hereto, also contain the language required by 7 U.S.C. §499e(c)(4).  Defendants never disputed the outstanding balance due to Strube.

10.    On February 8, 2008, and several times since then, I have contacted Denise in the accounts payable department of The Egg Store and requested payment. Denise has repeatedly acknowledge that The Egg Store was slow in paying Strube as well as other creditors, but that a check would be sent out shortly.

11.    My last discussion with Denise occurred on March 11, 2008.  Denise told me that The Egg Store was experiencing a "crush" and could not pay Strube at this time.  She told me that Rod Kuehnle, the president of The Egg Store, would contact Strube later that day to discuss payment.  However, Mr. Kuehnle never called and Strube has not received payment.

12.    Defendants' failure and refusal to pay its produce suppliers indicate that defendants are failing to maintain sufficient assets in the statutory trust to pay Strube and similarly situated creditors, and are dissipating trust assets.

- 3 -

13.   The current amount due and owing to Strube from Defendants is the principal amount of $98,640.50, plus prejudgment interest and attorneys fees.

I declare the above statements to be true and correct under penalty of perjury as set forth in 28 U.S.C. §1746 and the laws of the State of Illinois.

Executed this _13_ day of _MARCH_, 2008 at Chicago, Illinois.

STRUBE CELERY AND VEGETABLE CO.

By: _Bob. F Fotopoulos_

Bob Fotopolous
Accounts Receivable Manager

- 4 -

**Exhibit 1**

# Strube Celery & Vegetable Company
### Shippers and Distributors

1157              KUEHNLE EGG & PRODUCE
                 6190 S. ARCHER                              11-MAR-08
                 *
                 CHICAGO, IL 60638

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|-------------:|----------------:|
| 12-03-07 | TK | 72586-17 |        | 20071203.081415 | 98.00 | 98.00 |
| 12-05-07 | TK | 72590-20 |        | 20071205.082959 | 392.00 | 392.00 |
| 12-05-07 | TK | 72590-21 |        | 20071205.082957 | 364.00 | 364.00 |
| 12-05-07 | TK | 74218-16 |        | 20071205.082961 | 1,343.50 | 1,343.50 |
| 12-06-07 | TK | 72591-47 | DJ5049 |                 | 450.00 | 450.00 |
| 12-08-07 | TK | 72574-3  |        |                 | -16.00 | -16.00 |
| 12-10-07 | TK | 72600-27 |        | 20071210.086157 | 56.00 | 56.00 |
| 12-10-07 | TK | 72600-34 |        | 20071210.086233 | 504.00 | 504.00 |
| 12-10-07 | TK | 72600-35 |        | 20071210.086233 | 111.00 | 111.00 |
| 12-10-07 | TK | 74240-24 |        | 20071210.086157 | 180.00 | 180.00 |
| 12-11-07 | TK | 72577-8  |        |                 | 450.00 | 450.00 |
| 12-14-07 | TK | 74175-25 |        | 20071214.089697 | 652.00 | 652.00 |
| 12-14-07 | TK | 74175-27 |        | 20071214.089697 | 157.00 | 157.00 |
| 12-14-07 | TK | 74178-3  |        | 20071214.089675 | 20.00 | 20.00 |
| 12-14-07 | TK | 75058-13 |        | 20071214.089675 | 1,330.00 | 1,330.00 |
| 12-19-07 | TK | 72610-10 |        | 20071219.092655 | 645.50 | 645.50 |
| 12-19-07 | TK | 73611-11 |        | 20071219.092613 | 691.00 | 691.00 |
| 12-19-07 | TK | 73611-12 |        | 20071219.092597 | 76.00 | 76.00 |
| 12-19-07 | TK | 73611-21 |        | 20071219.092653 | 22.00 | 22.00 |
| 12-19-07 | TK | 73611-6  |        | 20071219.092597 | 142.00 | 142.00 |
| 12-19-07 | TK | 74185-46 | DJ5165 |                 | 500.00 | 500.00 |
| 12-19-07 | TK | 74211-15 |        | 20071219.092597 | 116.50 | 116.50 |
| 12-20-07 | TK | 72560-4  |        | 20071220.093583 | 70.00 | 70.00 |
| 12-20-07 | TK | 72610-34 |        |                 | -72.00 | -72.00 |
| 12-20-07 | TK | 73590-19 |        |                 | -10.00 | -10.00 |
| 12-21-07 | TK | 71688-15 |        | 20071221.094881 | 770.00 | 770.00 |
| 12-21-07 | TK | 72560-43 | DJ5196 |                 | 450.00 | 450.00 |
| 12-27-07 | TK | 71723-12 |        | 20071227.097619 | 755.50 | 755.50 |
| 12-27-07 | TK | 71723-16 |        | 20071227.097619 | 115.75 | 115.75 |
| 12-27-07 | TK | 75060-18 |        | 20071227.097631 | 182.00 | 182.00 |
| 12-27-07 | TK | 75060-22 |        |                 | -63.00 | -63.00 |
| 12-29-07 | TK | 73162-2  |        |                 | -14.50 | -14.50 |
| 12-31-07 | TK | 72471-15 |        | 20071231.099947 | 302.50 | 302.50 |

# Strube Celery & Vegetable Company

Shippers and Distributors

1157                KUEHNLE EGG & PRODUCE

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|--------------|-----------------|
| 01-02-08 | TK | 72473-28 | | 20080102.100819 | 519.00 | 519.00 |
| 01-02-08 | TK | 72473-29 | | 20080102.100819 | 357.00 | 357.00 |
| 01-02-08 | TK | 72497-13 | | 20080102.100761 | 6.00 | 6.00 |
| 01-02-08 | TK | 75063-28 | | 20080102.100761 | 183.00 | 183.00 |
| 01-04-08 | TK | 74703-38 | | 20080104.102781 | 14.50 | 14.50 |
| 01-04-08 | TK | 74703-42 | | 20080104.102781 | 582.00 | 582.00 |
| 01-04-08 | TK | 74703-43 | | 20080104.102781 | 16.00 | 16.00 |
| 01-04-08 | TK | 75050-17 | | 20080104.102779 | 871.00 | 871.00 |
| 01-04-08 | TK | 75050-25 | | 20080104.102827 | 170.00 | 170.00 |
| 01-07-08 | TK | 74509-8 | | 20080107.104237 | 867.50 | 867.50 |
| 01-07-08 | TK | 74705-41 | DJ5196 | | -450.00 | -450.00 |
| 01-07-08 | TK | 74707-49 | | 20080107.104239 | 497.75 | 497.75 |
| 01-07-08 | TK | 74707-50 | | 20080107.104239 | 68.00 | 68.00 |
| 01-08-08 | TK | 74686-39 | | 20080108.104637 | -42.00 | -42.00 |
| 01-10-08 | TK | 74507-9 | | 20080110.106745 | 612.00 | 612.00 |
| 01-10-08 | TK | 74681-27 | | 20080110.106759 | 885.50 | 885.50 |
| 01-11-08 | TK | 71696-31 | | | -110.00 | -110.00 |
| 01-11-08 | TK | 71696-32 | | | -110.00 | -110.00 |
| 01-14-08 | TK | 72305-19 | | 20080114.109135 | 651.00 | 651.00 |
| 01-14-08 | TK | 72305-20 | | 20080114.109137 | 336.00 | 336.00 |
| 01-14-08 | TK | 74508-38 | | 20080114.109055 | 592.50 | 592.50 |
| 01-14-08 | TK | 74508-49 | | 20080114.109207 | 120.00 | 120.00 |
| 01-15-08 | TK | 72309-17 | | 20080115.109671 | -28.00 | -28.00 |
| 01-18-08 | TK | 72317-37 | | 20080118.112637 | 120.00 | 120.00 |
| 01-18-08 | TK | 72321-41 | | 20080118.112687 | 497.00 | 497.00 |
| 01-18-08 | TK | 72321-42 | | 20080118.112687 | 85.00 | 85.00 |
| 01-18-08 | TK | 74531-36 | | 20080118.112621 | 2,517.00 | 2,517.00 |
| 01-25-08 | TK | 72900-33 | | 20080125.117285 | 668.00 | 668.00 |
| 01-25-08 | TK | 72900-34 | | 20080125.117287 | 526.00 | 526.00 |
| 01-25-08 | TK | 72900-35 | | 20080125.117289 | 287.50 | 287.50 |
| 01-25-08 | TK | 75052-17 | | 20080125.117267 | 772.00 | 772.00 |
| 02-01-08 | TK | 74902-10 | | 20080201.121845 | 396.00 | 396.00 |
| 02-01-08 | TK | 74902-28 | | 20080201.121949 | 8.00 | 8.00 |

# Strube Celery & Vegetable Company
### Shippers and Distributors

1157              KUEHNLE EGG & PRODUCE              Page  3  of 3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|--------------|-----------------|
| 02-01-08 | TK | 75363-37 | | 20080201.121975 | 598.00 | 598.00 |
| 02-01-08 | TK | 75363-38 | | 20080201.121977 | 431.00 | 431.00 |
| 02-04-08 | TK | 72672-48 | DJ6606 | | 520.00 | 520.00 |
| 02-04-08 | TK | 72675-27 | | 20080204.123217 | 302.50 | 302.50 |
| 02-04-08 | TK | 72675-43 | | 20080204.123315 | 275.00 | 275.00 |
| 02-04-08 | TK | 72676-39 | | 20080204.123269 | 287.00 | 287.00 |
| 02-04-08 | TK | 72676-40 | | 20080204.123269 | 14.00 | 14.00 |
| 02-04-08 | TK | 74901-34 | | 20080204.123217 | 335.00 | 335.00 |
| 02-05-08 | TK | 74873-1 | | | 105.00 | 105.00 |
| 02-08-08 | TK | 72686-47 | | 20080208.126221 | 547.50 | 547.50 |

$26,671.00

# Strube Celery & Vegetable Company
### Shippers and Distributors

1097

EGG STORE OAKLAWN
6190 S. ARCHER AVE.
*
CHICAGO, IL 60638

Page  1  of  3

11-MAR-08

## Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|-----------|-----------------|-------------|-----------------|
| 12-03-07 | TK | 72586-18 | | 20071203.081413 | 98.00 | 98.00 |
| 12-05-07 | TK | 72590-22 | | 20071205.082979 | 396.00 | 396.00 |
| 12-05-07 | TK | 72590-23 | | 20071205.082975 | 382.00 | 382.00 |
| 12-05-07 | TK | 72590-24 | | 20071205.082975 | 20.00 | 20.00 |
| 12-05-07 | TK | 74218-17 | | 20071205.082963 | 1,253.50 | 1,253.50 |
| 12-07-07 | TK | 72595-35 | | 20071207.084965 | 194.25 | 194.25 |
| 12-08-07 | TK | 72574-4 | | | -16.00 | -16.00 |
| 12-10-07 | TK | 72574-9 | | 20071210.085345 | -34.00 | -34.00 |
| 12-10-07 | TK | 72600-28 | | 20071210.086159 | 56.00 | 56.00 |
| 12-10-07 | TK | 72600-36 | | 20071210.086237 | 610.00 | 610.00 |
| 12-10-07 | TK | 72600-37 | | 20071210.086237 | 221.00 | 221.00 |
| 12-10-07 | TK | 74240-25 | | 20071210.086159 | 180.00 | 180.00 |
| 12-11-07 | TK | 72577-44 | | | -16.00 | -16.00 |
| 12-14-07 | TK | 74175-30 | | 20071214.089709 | 628.00 | 628.00 |
| 12-14-07 | TK | 74175-32 | | 20071214.089711 | 288.50 | 288.50 |
| 12-14-07 | TK | 74178-4 | | 20071214.089677 | 30.00 | 30.00 |
| 12-14-07 | TK | 75058-14 | | 20071214.089677 | 906.00 | 906.00 |
| 12-19-07 | TK | 72610-13 | | 20071219.092645 | 645.50 | 645.50 |
| 12-19-07 | TK | 73611-13 | | 20071219.092605 | 590.50 | 590.50 |
| 12-19-07 | TK | 73611-14 | | 20071219.092603 | 328.00 | 328.00 |
| 12-19-07 | TK | 73611-22 | | 20071219.092647 | 44.00 | 44.00 |
| 12-19-07 | TK | 73611-7 | | 20071219.092645 | 130.00 | 130.00 |
| 12-19-07 | TK | 74211-16 | | 20071219.092603 | 116.50 | 116.50 |
| 12-20-07 | TK | 73590-20 | | 20071220.093139 | -36.00 | -36.00 |
| 12-21-07 | TK | 71688-16 | | 20071221.094879 | 702.00 | 702.00 |
| 12-27-07 | TK | 71723-17 | | 20071227.097621 | 856.00 | 856.00 |
| 12-27-07 | TK | 71723-18 | | 20071227.097621 | 109.25 | 109.25 |
| 12-27-07 | TK | 75060-19 | | 20071227.097629 | 182.00 | 182.00 |
| 12-27-07 | TK | 75060-23 | | | -105.00 | -105.00 |
| 01-02-08 | TK | 72473-30 | | 20080102.100815 | 467.00 | 467.00 |
| 01-02-08 | TK | 72473-31 | | 20080102.100815 | 210.00 | 210.00 |
| 01-02-08 | TK | 72497-14 | | 20080102.100763 | 6.00 | 6.00 |
| 01-02-08 | TK | 75063-29 | | 20080102.100763 | 50.00 | 50.00 |

# Strube Celery & Vegetable Company

### Shippers and Distributors

1097            EGG STORE OAKLAWN

Page  2  of  3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|-----------|-----------------|-------------|-----------------|
| 01-04-08 | TK | 74703-39 | | 20080104.102785 | 29.00 | 29.00 |
| 01-04-08 | TK | 74703-44 | | 20080104.102787 | 484.00 | 484.00 |
| 01-04-08 | TK | 74703-47 | | 20080104.102785 | 251.00 | 251.00 |
| 01-04-08 | TK | 75050-18 | | 20080104.102783 | 853.50 | 853.50 |
| 01-04-08 | TK | 75050-26 | | 20080104.102829 | 170.00 | 170.00 |
| 01-05-08 | TK | 74705-23 | | 20080105.103183 | -48.00 | -48.00 |
| 01-07-08 | TK | 74509-10 | | 20080107.104243 | 947.50 | 947.50 |
| 01-07-08 | TK | 74686-2 | | 20080107.104241 | 663.25 | 663.25 |
| 01-10-08 | TK | 74507-10 | | 20080110.106743 | 570.00 | 570.00 |
| 01-10-08 | TK | 74681-28 | | 20080110.106761 | 990.25 | 990.25 |
| 01-11-08 | TK | 71695-35 | | 20080111.107793 | 42.00 | 42.00 |
| 01-11-08 | TK | 71696-33 | | | -44.00 | -44.00 |
| 01-11-08 | TK | 71696-34 | | | -55.00 | -55.00 |
| 01-14-08 | TK | 72305-21 | | 20080114.109143 | 66.00 | 66.00 |
| 01-14-08 | TK | 72305-25 | | 20080114.109143 | 659.00 | 659.00 |
| 01-14-08 | TK | 72305-28 | | 20080114.109145 | 386.00 | 386.00 |
| 01-14-08 | TK | 74508-39 | | 20080114.109057 | 568.50 | 568.50 |
| 01-14-08 | TK | 74508-50 | | 20080114.109205 | 120.00 | 120.00 |
| 01-18-08 | TK | 72317-35 | | 20080118.112641 | 120.00 | 120.00 |
| 01-18-08 | TK | 72321-43 | | 20080118.112681 | 394.50 | 394.50 |
| 01-18-08 | TK | 72321-44 | | 20080118.112681 | 308.00 | 308.00 |
| 01-18-08 | TK | 74531-38 | | 20080118.112623 | 1,461.50 | 1,461.50 |
| 01-25-08 | TK | 72900-42 | | 20080125.117345 | 623.00 | 623.00 |
| 01-25-08 | TK | 72900-43 | | 20080125.117305 | 518.00 | 518.00 |
| 01-25-08 | TK | 72900-44 | | 20080125.117307 | 458.50 | 458.50 |
| 01-25-08 | TK | 72900-45 | | 20080125.117305 | 20.00 | 20.00 |
| 01-25-08 | TK | 75052-18 | | 20080125.117269 | 527.00 | 527.00 |
| 02-01-08 | TK | 74902-13 | | 20080201.121851 | 360.00 | 360.00 |
| 02-01-08 | TK | 74902-29 | | 20080201.121951 | 24.00 | 24.00 |
| 02-01-08 | TK | 75363-39 | | 20080201.121973 | 489.00 | 489.00 |
| 02-01-08 | TK | 75363-44 | | 20080201.121979 | 416.00 | 416.00 |
| 02-01-08 | TK | 75363-45 | | 20080201.121981 | 90.00 | 90.00 |
| 02-02-08 | TK | 72672-8 | | 20080201.122033 | 14.00 | 14.00 |

# Strube Celery & Vegetable Company
### Shippers and Distributors

1097                    EGG STORE OAKLAWN

Page  3  of  3

11-MAR-08

## Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|--------------|-----------------|
| 02-02-08 | TK | 72672-9 | | 20080201.122035 | -24.00 | -24.00 |
| 02-04-08 | TK | 72675-28 | | 20080204.123209 | 432.50 | 432.50 |
| 02-04-08 | TK | 72675-46 | | 20080204.123321 | 275.00 | 275.00 |
| 02-04-08 | TK | 72676-25 | | 20080204.123209 | 36.00 | 36.00 |
| 02-04-08 | TK | 72676-41 | | 20080204.123267 | 346.00 | 346.00 |
| 02-04-08 | TK | 72676-42 | | 20080204.123267 | 70.00 | 70.00 |
| 02-04-08 | TK | 74901-35 | | 20080204.123211 | 335.00 | 335.00 |
| 02-05-08 | TK | 74873-2 | | | 105.00 | 105.00 |

$23,545.00

# Strube Celery & Vegetable Company
## Shippers and Distributors

1643

EGG STORE HALSTED
6190 S. ARCHER AVE.
*
CHICAGO, IL 60638

Page  1  of 2

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|---|---|---|---|---|---|---|
| 12-05-07 | TK | 72590-28 | | 20071205.082987 | 423.00 | 423.00 |
| 12-05-07 | TK | 72590-31 | | 20071205.082987 | 132.00 | 132.00 |
| 12-05-07 | TK | 74218-19 | | 20071205.082955 | 1,422.50 | 1,422.50 |
| 12-07-07 | TK | 72595-38 | | 20071207.084969 | 130.00 | 130.00 |
| 12-10-07 | TK | 72600-41 | | 20071210.086261 | 456.00 | 456.00 |
| 12-10-07 | TK | 72600-44 | | 20071210.086261 | 34.00 | 34.00 |
| 12-10-07 | TK | 74240-27 | | 20071210.086213 | 180.00 | 180.00 |
| 12-11-07 | TK | 72577-43 | | | -16.00 | -16.00 |
| 12-14-07 | TK | 74175-35 | | 20071214.089743 | 782.50 | 782.50 |
| 12-14-07 | TK | 74175-36 | | 20071214.089743 | 75.00 | 75.00 |
| 12-14-07 | TK | 74178-6 | | 20071214.089681 | 30.00 | 30.00 |
| 12-14-07 | TK | 75058-16 | | 20071214.089681 | 1,048.00 | 1,048.00 |
| 12-19-07 | TK | 72610-15 | | 20071219.092637 | 445.50 | 445.50 |
| 12-19-07 | TK | 73611-18 | | 20071219.092641 | 493.50 | 493.50 |
| 12-19-07 | TK | 73611-20 | | 20071219.092639 | 36.00 | 36.00 |
| 12-19-07 | TK | 73611-24 | | 20071219.092639 | 44.00 | 44.00 |
| 12-19-07 | TK | 73611-9 | | 20071219.092637 | 78.00 | 78.00 |
| 12-19-07 | TK | 74211-19 | | 20071219.092639 | 103.00 | 103.00 |
| 12-21-07 | TK | 71688-18 | | 20071221.094875 | 666.50 | 666.50 |
| 12-21-07 | TK | 75085-13 | | 20071221.094875 | 180.00 | 180.00 |
| 12-27-07 | TK | 71723-22 | | 20071227.097633 | 755.50 | 755.50 |
| 12-27-07 | TK | 71723-23 | | 20071227.097633 | 46.75 | 46.75 |
| 12-27-07 | TK | 75060-20 | | 20071227.097627 | 182.00 | 182.00 |
| 12-27-07 | TK | 75060-25 | | | -70.00 | -70.00 |
| 01-02-08 | TK | 72473-34 | | 20080102.100821 | 549.00 | 549.00 |
| 01-02-08 | TK | 72473-35 | | 20080102.100825 | 71.75 | 71.75 |
| 01-02-08 | TK | 72497-16 | | 20080102.100769 | 30.00 | 30.00 |
| 01-02-08 | TK | 75063-26 | | 20080102.100765 | 398.00 | 398.00 |
| 01-04-08 | TK | 74703-41 | | 20080104.102789 | 29.00 | 29.00 |
| 01-04-08 | TK | 74704-2 | | 20080104.102803 | 479.00 | 479.00 |
| 01-04-08 | TK | 74704-3 | | 20080104.102803 | 80.00 | 80.00 |
| 01-04-08 | TK | 75050-20 | | 20080104.102789 | 622.00 | 622.00 |
| 01-04-08 | TK | 75050-23 | | 20080104.102825 | 373.50 | 373.50 |

# Strube Celery & Vegetable Company

Shippers and Distributors

1643           EGG STORE HALSTED

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|---|---|---|---|---|---|---|
| 01-07-08 | TK | 74509-12 | | 20080107.104247 | 362.50 | 362.50 |
| 01-07-08 | TK | 74686-4 | | 20080107.104245 | 494.50 | 494.50 |
| 01-10-08 | TK | 74507-12 | | 20080110.106739 | 356.00 | 356.00 |
| 01-10-08 | TK | 74681-30 | | 20080110.106765 | 949.25 | 949.25 |
| 01-11-08 | TK | 71695-34 | | 20080111.107791 | 63.00 | 63.00 |
| 01-11-08 | TK | 71696-38 | | | -110.00 | -110.00 |
| 01-14-08 | TK | 71697-35 | | | -64.00 | -64.00 |
| 01-14-08 | TK | 72305-23 | | 20080114.109139 | 44.00 | 44.00 |
| 01-14-08 | TK | 72305-31 | | 20080114.109161 | 418.00 | 418.00 |
| 01-14-08 | TK | 72305-33 | | 20080114.109161 | 73.00 | 73.00 |
| 01-14-08 | TK | 74508-41 | | 20080114.109061 | 442.50 | 442.50 |
| 01-14-08 | TK | 74534-2 | | 20080114.109203 | 290.00 | 290.00 |
| 01-18-08 | TK | 72317-36 | | 20080118.112639 | 120.00 | 120.00 |
| 01-18-08 | TK | 72321-48 | | 20080118.112677 | 628.50 | 628.50 |
| 01-18-08 | TK | 72321-49 | | 20080118.112677 | 170.00 | 170.00 |
| 01-18-08 | TK | 74531-40 | | 20080118.112627 | 1,024.00 | 1,024.00 |
| 01-25-08 | TK | 72901-2 | | 20080125.117351 | 734.00 | 734.00 |
| 01-25-08 | TK | 72901-3 | | 20080125.117353 | 783.50 | 783.50 |
| 01-25-08 | TK | 72901-5 | | 20080125.117349 | 300.00 | 300.00 |
| 01-25-08 | TK | 75052-20 | | 20080125.117273 | 310.00 | 310.00 |
| 02-01-08 | TK | 72672-1 | | 20080201.121969 | 197.50 | 197.50 |
| 02-01-08 | TK | 74902-12 | | 20080201.121849 | 510.00 | 510.00 |
| 02-01-08 | TK | 74902-31 | | 20080201.121969 | 24.00 | 24.00 |
| 02-01-08 | TK | 75363-49 | | 20080201.121971 | 759.50 | 759.50 |
| 02-04-08 | TK | 72675-30 | | 20080204.123201 | 605.00 | 605.00 |
| 02-04-08 | TK | 72675-45 | | 20080204.123309 | 77.00 | 77.00 |
| 02-04-08 | TK | 72676-24 | | | -70.00 | -70.00 |
| 02-04-08 | TK | 72676-28 | | 20080204.123201 | 36.00 | 36.00 |
| 02-04-08 | TK | 72676-45 | | 20080204.123263 | 780.00 | 780.00 |
| 02-04-08 | TK | 74901-37 | | 20080204.123203 | 708.00 | 708.00 |
| 02-05-08 | TK | 74873-4 | | | 210.00 | 210.00 |

$21,515.75

# Strube Celery & Vegetable Company

Shippers and Distributors

Page 1 of 3

1598 EGG STORE CERMAK
6190 S. ARCHER AVE.
*
CHICAGO, IL 60638

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|-------------:|----------------:|
| 12-03-07 | TK | 72586-19 | | 20071203.081411 | 98.00 | 98.00 |
| 12-05-07 | TK | 72590-25 | | 20071205.082981 | 425.00 | 425.00 |
| 12-05-07 | TK | 72590-26 | | 20071205.082983 | 431.00 | 431.00 |
| 12-05-07 | TK | 72590-27 | | 20071205.082983 | 20.00 | 20.00 |
| 12-05-07 | TK | 74218-18 | | 20071205.082953 | 1,433.50 | 1,433.50 |
| 12-06-07 | TK | 74218-26 | | | -42.00 | -42.00 |
| 12-07-07 | TK | 72595-37 | | 20071207.084967 | 108.00 | 108.00 |
| 12-08-07 | TK | 72574-5 | | | -32.00 | -32.00 |
| 12-10-07 | TK | 72574-8 | | | -34.00 | -34.00 |
| 12-10-07 | TK | 72600-29 | | 20071210.086161 | 56.00 | 56.00 |
| 12-10-07 | TK | 72600-38 | | 20071210.086253 | 547.00 | 547.00 |
| 12-10-07 | TK | 72600-40 | | 20071210.086255 | 266.50 | 266.50 |
| 12-10-07 | TK | 74240-26 | | 20071210.086161 | 270.00 | 270.00 |
| 12-14-07 | TK | 74175-33 | | 20071214.089729 | 726.00 | 726.00 |
| 12-14-07 | TK | 74175-34 | | 20071214.089731 | 403.00 | 403.00 |
| 12-14-07 | TK | 74178-5 | | 20071214.089679 | 30.00 | 30.00 |
| 12-14-07 | TK | 75058-15 | | 20071214.089679 | 1,760.00 | 1,760.00 |
| 12-19-07 | TK | 72610-14 | | 20071219.092649 | 645.50 | 645.50 |
| 12-19-07 | TK | 73611-15 | | 20071219.092611 | 470.00 | 470.00 |
| 12-19-07 | TK | 73611-16 | | 20071219.092609 | 233.00 | 233.00 |
| 12-19-07 | TK | 73611-23 | | 20071219.092651 | 110.00 | 110.00 |
| 12-19-07 | TK | 73611-8 | | 20071219.092649 | 130.00 | 130.00 |
| 12-19-07 | TK | 74211-17 | | 20071219.092609 | 103.00 | 103.00 |
| 12-21-07 | TK | 71688-17 | | 20071221.094877 | 581.00 | 581.00 |
| 12-27-07 | TK | 71723-19 | | 20071227.097623 | 745.50 | 745.50 |
| 12-27-07 | TK | 71723-20 | | 20071227.097623 | 143.25 | 143.25 |
| 12-27-07 | TK | 75060-24 | | | -105.00 | -105.00 |
| 01-02-08 | TK | 72473-32 | | 20080102.100823 | 462.00 | 462.00 |
| 01-02-08 | TK | 72473-33 | | 20080102.100823 | 327.25 | 327.25 |
| 01-02-08 | TK | 72497-15 | | 20080102.100767 | 18.00 | 18.00 |
| 01-02-08 | TK | 75063-27 | | 20080102.100767 | 220.00 | 220.00 |
| 01-04-08 | TK | 74703-40 | | 20080104.102773 | 21.75 | 21.75 |
| 01-04-08 | TK | 74703-48 | | 20080104.102773 | 504.00 | 504.00 |

# Strube Celery & Vegetable Company
Shippers and Distributors

1598          EGG STORE CERMAK

Page  2  of  3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|-------------|-----------------|
| 01-04-08 | TK | 74703-50 | | 20080104.102775 | 392.50 | 392.50 |
| 01-04-08 | TK | 75050-19 | | 20080104.102777 | 1,147.50 | 1,147.50 |
| 01-04-08 | TK | 75050-27 | | 20080104.102831 | 340.00 | 340.00 |
| 01-07-08 | TK | 74509-11 | | 20080107.104251 | 812.50 | 812.50 |
| 01-07-08 | TK | 74686-3 | | 20080107.104249 | 494.00 | 494.00 |
| 01-10-08 | TK | 74507-11 | | 20080110.106741 | 728.00 | 728.00 |
| 01-10-08 | TK | 74681-29 | | 20080110.106763 | 850.00 | 850.00 |
| 01-11-08 | TK | 71695-33 | | 20080111.107789 | 126.00 | 126.00 |
| 01-11-08 | TK | 71696-35 | | | -44.00 | -44.00 |
| 01-11-08 | TK | 71696-36 | | | -55.00 | -55.00 |
| 01-14-08 | TK | 72305-22 | | 20080114.109141 | 44.00 | 44.00 |
| 01-14-08 | TK | 72305-29 | | 20080114.109163 | 623.00 | 623.00 |
| 01-14-08 | TK | 72305-30 | | 20080114.109165 | 371.00 | 371.00 |
| 01-14-08 | TK | 74508-40 | | 20080114.109059 | 730.50 | 730.50 |
| 01-14-08 | TK | 74534-1 | | 20080114.109201 | 180.00 | 180.00 |
| 01-15-08 | TK | 72305-36 | | 20080115.109331 | -32.00 | -32.00 |
| 01-18-08 | TK | 72317-24 | | 20080118.112643 | 180.00 | 180.00 |
| 01-18-08 | TK | 72321-46 | | 20080118.112683 | 500.50 | 500.50 |
| 01-18-08 | TK | 72321-47 | | 20080118.112685 | 405.50 | 405.50 |
| 01-18-08 | TK | 74531-39 | | 20080118.112625 | 1,719.50 | 1,719.50 |
| 01-25-08 | TK | 72900-46 | | 20080125.117343 | 739.00 | 739.00 |
| 01-25-08 | TK | 72900-49 | | 20080125.117341 | 645.50 | 645.50 |
| 01-25-08 | TK | 72900-50 | | 20080125.117339 | 548.00 | 548.00 |
| 01-25-08 | TK | 72901-1 | | 20080125.117339 | 20.00 | 20.00 |
| 01-25-08 | TK | 75052-19 | | 20080125.117271 | 807.00 | 807.00 |
| 02-01-08 | TK | 74902-11 | | 20080201.121847 | 560.00 | 560.00 |
| 02-01-08 | TK | 74902-30 | | 20080201.121965 | 24.00 | 24.00 |
| 02-01-08 | TK | 75363-46 | | 20080201.121965 | 566.00 | 566.00 |
| 02-01-08 | TK | 75363-47 | | 20080201.121963 | 407.50 | 407.50 |
| 02-01-08 | TK | 75363-48 | | 20080201.121961 | 232.00 | 232.00 |
| 02-04-08 | TK | 72675-29 | | 20080204.123205 | 345.00 | 345.00 |
| 02-04-08 | TK | 72675-47 | | 20080204.123319 | 110.00 | 110.00 |
| 02-04-08 | TK | 72676-27 | | 20080204.123205 | 60.00 | 60.00 |

# Strube Celery & Vegetable Company

Shippers and Distributors

1598                    EGG STORE CERMAK

Page  3  of 3

11-MAR-08

# Listing of Open Invoices

| Date | Type | Invoice# | Po. Number | Tracking Number | Original Amt | Current Balance |
|------|------|----------|------------|-----------------|--------------|-----------------|
| 02-04-08 | TK | 72676-43 | | 20080204.123265 | 532.00 | 532.00 |
| 02-04-08 | TK | 72676-44 | | 20080204.123265 | 144.00 | 144.00 |
| 02-04-08 | TK | 74901-36 | | 20080204.123207 | 370.00 | 370.00 |
| 02-05-08 | TK | 74873-3 | | | 210.00 | 210.00 |

$26,908.75

**Exhibit 2**

| 2404 S. Wolcott Ave. 16-20<br>Chicago, Illinois 60608 | **S T R U B E CELERY & VEGETABLE COMPANY**<br>**\*\* PRIMUS CERTIFIED \*\*** | Phone  312-226-7880<br>Fax  312-226-7644 |
| --- | --- | --- |

**INVOICE #:**  72586-17          JD

**DATE:**          03-DEC-2007          10:46 AM

**CUST. NO.:**  1157                    PO#

SOLD TO:    KUEHNLE EGG & PRODUCE                    \*\* REPRINT \*\*
                    6190 S. ARCHER                                        INV #:  72586-17
                    CHICAGO, IL 60638                                BOOTH: 14

\*\*  \*\*                                        TERMS:

                                        Ctg:                    TYPE:  PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | ELIT | | | | |
| 82102 | 5 | MUSH, 16OZ.<br>4D ELITE | 1 | 13.00 | $65.00 |
| | ELIT | | | | |
| 82102 | 3 | MUSH, 8OZ.<br>4D ELITE | 1 | 11.00 | $33.00 |

Pkgs: 8    \*\* PALLETS OUT ____ PALLETS IN ____ \*\*        INVOICE TOTAL:                $98.00

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E CELERY & VEGETABLE COMPANY**
**\*\* PRIMUS CERTIFIED \*\***

2404 S. Wolcott Ave. 16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax  312-226-7644

| | | |
|---|---|---|
| **INVOICE #:** | 72590-20 | JD |
| **DATE:** | 05-DEC-2007 | 10:46 AM |
| **CUST. NO.:** | 1157 | PO# |

**SOLD TO:**  KUEHNLE EGG & PRODUCE
6190 S. ARCHER
CHICAGO, IL 60638

\*\* REPRINT \*\*

**INV #:** 72590-20
**BOOTH:** 14

\*\*  \*\*

**TERMS:**

Ctg:

**TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| 82091 | ST 10 | XX  SET OUT ONION,GREEN 48 1C SUNTERRA | 1 | 3.00 | $30.00 |
| 82107 | D'AR 1 | ANISE,30 2C "30" ANDY BOY | 1 | 16.00 | $16.00 |
| 82103 | PARD 2 | BEET,BCH 24 1C CHAMPS | 1 | 20.00 | $40.00 |
| 82049 | G 15 | -MED- BEET,LSE 25# 3B 25#POLY SACK | 1 | 6.00 | $90.00 |
| 82128 | IPP 2 | BRUSSEL,SPRT LSE 25 1C SR QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82109 | GRIM 2 | CARROT,PEEL BABY 24/1 2C CLASSIC | 1 | 18.00 | $36.00 |
| 81970 | PARD 1 | DILL 4 DOZ 1C CHAMP | 1 | 30.00 | $30.00 |
| 82128 | IPP 1 | ESCAROLE, 2C QUEEN VICTORIA | 1 | 22.00 | $22.00 |
| 82128 | IPP 3 | LETTUCE,LEAF GREEN 3B QUEEN VICTORIA | 1 | 13.00 | $39.00 |
| 82108 | D'AR 3 | LETTUCE, LEAF RED 3B ANDY BOY | 1 | 15.00 | $45.00 |

Pkgs: 40   \*\* PALLETS OUT _____ PALLETS IN _____ \*\*

**INVOICE TOTAL:**   **$392.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

| | | |
|---|---|---|
| 2404 S. Wolcott Ave. 16-20<br>Chicago, Illinois 60608 | **S T R U B E CELERY & VEGETABLE COMPANY**<br>** PRIMUS CERTIFIED ** | Phone  312-226-7880<br>Fax  312-226-7644 |

**INVOICE #:**   72586-18          JD

**DATE:**          03-DEC-2007     10:53 AM

**CUST. NO.:**   1097                    PO#

**SOLD TO:**   EGG STORE OAKLAWN                    ** REPRINT **
                      8749 RIDGELAND
                                                                    **INV #:**  72586-18
                      CHICAGO,IL
                                                                    **BOOTH:** 14

**       TERMS:**

                                                  Ctg:                        **TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| 82102 | ELIT<br>5 | MUSH, 16OZ.<br>4D ELITE | 1 | 13.00 | $65.00 |
| 82102 | ELIT<br>3 | MUSH,  8OZ.<br>4D ELITE | 1 | 11.00 | $33.00 |

Pkgs: 8     ** PALLETS OUT ____  PALLETS IN ____ **     **INVOICE TOTAL:**     **$98.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E CELERY & VEGETABLE COMPANY**

2404 S. Wolcott Ave.  16-20
Chicago, Illinois 60608

** PRIMUS CERTIFIED **

Phone  312-226-7880
Fax    312-226-7644

**INVOICE #:**   72590-22        JD

**DATE:**        05-DEC-2007      10:53 AM

**CUST. NO.:**   1097            PO#

**SOLD TO:**  EGG STORE OAKLAWN
8749 RIDGELAND
CHICAGO,IL

** REPRINT **

**INV #:** 72590-22
**BOOTH:** 12

**  **

**TERMS:**

Ctg:

**TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|-------|-----|-----------|-------|-------|-------------|
| 82091 | ST 15 | ONION,GREEN 48<br>1C SUNTERRA | 1 | 3.00 | $45.00 |
| 82107 | D'AR 1 | ANISE,30<br>2C "30" ANDY BOY | 1 | 16.00 | $16.00 |
| 82103 | PARD 1 | BEET,BCH 24<br>1C CHAMPS | 1 | 20.00 | $20.00 |
| 82049 | G MED 10 | BEET,LSE 25#<br>3B 25#POLY SACK | 1 | 6.00 | $60.00 |
| 82128 | IPP 2 | BRUSSEL,SPRT LSE 25<br>1C SR QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82109 | GRIM 3 | CARROT,PEEL BABY 24/1<br>2C CLASSIC | 1 | 18.00 | $54.00 |
| 81970 | PARD 1 | DILL 4 DOZ<br>1C CHAMP | 1 | 30.00 | $30.00 |
| 82128 | IPP 2 | ESCAROLE,<br>2C QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82089 | IPP 2 | ENDIVE,<br>2C QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82128 | IPP 3 | LETTUCE,LEAF GREEN<br>3B QUEEN VICTORIA | 1 | 13.00 | $39.00 |

Pkgs: 40    ** PALLETS OUT ____ PALLETS IN _____ **     INVOICE TOTAL:        **$396.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due   shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E  CELERY & VEGETABLE COMPANY**

2404 S. Wolcott Ave. 16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax  312-226-7644

**\*\* PRIMUS CERTIFIED \*\***

**INVOICE #:** 72590-28      JD

**DATE:** 05-DEC-2007      11:36 AM

**CUST. NO.:** 1643      PO#

**SOLD TO:** EGG STORE HALSTED
6190 S. ARCHER AVE.
CHICAGO,IL 60638

**\*\* REPRINT \*\***

**INV #:** 72590-28

**BOOTH:** 12

**\*\*  \*\***

**TERMS:**

Ctg:

**TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|-------|-----|-----------|-------|-------|-------------|
| 82091 | ST 39 | S/O ONION,GREEN 48 1C SUNTERRA | 1 | 3.00 | $117.00 |
| 82107 | D'AR 1 | ANISE,30 2C "30" ANDY BOY | 1 | 16.00 | $16.00 |
| 82128 | IPP 2 | BRUSSEL,SPRT LSE 25 1C SR QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82109 | GRIM 2 | CARROT,PEEL BABY 24/1 2C CLASSIC | 1 | 18.00 | $36.00 |
| 82103 | PARD 1 | DANDELION,24'S 1C PARD | 1 | 20.00 | $20.00 |
| 82128 | IPP 2 | ESCAROLE, 2C QUEEN VICTORIA | 1 | 22.00 | $44.00 |
| 82089 | IPP 1 | ENDIVE, 2C QUEEN VICTORIA | 1 | 22.00 | $22.00 |
| 82108 | D'AR 2 | LETTUCE,LEAF GREEN 3B ANDY BOY | 1 | 13.00 | $26.00 |
| 82129 | ELIT 3 | MUSH, 8OZ. 4D ELITE | 1 | 11.00 | $33.00 |
| 82129 | ELIT 5 | MUSH, 16OZ. 4D ELITE | 1 | 13.00 | $65.00 |

Pkgs: 58      **\*\* PALLETS OUT ____  PALLETS IN ____ \*\***      **INVOICE TOTAL:**      **$423.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of   these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due    shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E CELERY & VEGETABLE COMPANY**
**\*\* PRIMUS CERTIFIED \*\***

2404 S. Wolcott Ave. 16-20
Chicago, Illinois 60608

Phone 312-226-7880
Fax 312-226-7644

| INVOICE #: | 72590-31 | JD |
|---|---|---|
| DATE: | 05-DEC-2007 | 11:11 AM |
| CUST. NO.: | 1643 | PO# |

**SOLD TO:** EGG STORE HALSTED
6190 S. ARCHER AVE.
CHICAGO,IL 60638

**\*\* REPRINT \*\***

INV #: 72590-31
BOOTH: 12

\*\*  \*\*

TERMS:

Ctg:

TYPE: **PACA TERMS**

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| 82044 | IPP 1 | PARSLEY,CURLY 5 DZ. 1C SR QUEEN VICTORIA | 1 | 16.00 | $16.00 |
| 82130 | MUR 1 | PARSLEY,PLAIN 1C MURANAKA | 1 | 16.00 | $16.00 |
| 82039 | AP 2 | PEPPER,  BAN HOT,FULL BU 1B WOOD CRATE | 1 | 20.00 | $40.00 |
| 82101 | RIO 1 | KOHLRABI, 24'S 1C RIO FRESH | 1 | 20.00 | $20.00 |
| 20280 | JK 1 | RUTABAGO 3A VERY FINE | 4 | 20.00 | $20.00 |
| 82047 | M 2 | TURNIP,MED LSE 25# 3B FRESH TURNIP | 1 | 10.00 | $20.00 |

Pkgs: 8     \*\* PALLETS OUT ____  PALLETS IN ____ \*\*     INVOICE TOTAL:     **$132.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable
Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)(c)).   The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of   these commodities until full
payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of
any balance due    shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E  CELERY & VEGETABLE COMPANY**
** PRIMUS CERTIFIED **

2404 S. Wolcott Ave.  16-20
Chicago, Illinois 60608

Phone  312-226-7880
Fax   312-226-7644

| | | |
|---|---|---|
| **INVOICE #:** | 72586-19 | JD |
| **DATE:** | 03-DEC-2007 | 11:01 AM |
| **CUST. NO.:** | 1598 | PO# |

**SOLD TO:**  EGG STORE CERMAK
7069 CERMAK
CHICAGO,IL

** REPRINT **

**INV #:** 72586-19

**BOOTH:** 14

** **

**TERMS:**

Ctg:

**TYPE:** PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| | ELIT | | | | |
| 82102 | 5 | MUSH, 16OZ.<br>4D ELITE | 1 | 13.00 | $65.00 |
| | ELIT | | | | |
| 82102 | 3 | MUSH, 8OZ.<br>4D ELITE | 1 | 11.00 | $33.00 |

Pkgs: 8    ** PALLETS OUT ____  PALLETS IN ____ **    **INVOICE TOTAL:**    **$98.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e)c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of   these commodities until full payment is received".  Interest of 1% per month will be added to the    unpaid balance and all attorney fee incurred in connection with the collection of any balance due    shall be considered owed in connection with the transaction under the PACA Trust.

**S T R U B E  CELERY & VEGETABLE COMPANY**

2404 S. Wolcott Ave.  16-20
Chicago, Illinois 60608

** PRIMUS CERTIFIED **

Phone 312-226-7880
Fax  312-226-7644

| | | |
|---|---|---|
| **INVOICE #:** | 72590-25 | JD |
| **DATE:** | 05-DEC-2007 | 11:01 AM |
| **CUST. NO.:** | 1598 | PO# |

**SOLD TO:**  EGG STORE CERMAK
7069 CERMAK
CHICAGO,IL

** REPRINT **

INV #:  72590-25

BOOTH: 12

** **

Ctg:

**TERMS:**

**TYPE:**  PACA TERMS

| LOT # | QTY | COMMODITY | DEPT. | PRICE | EXT. AMOUNT |
|---|---|---|---|---|---|
| | ST | XX S/O | | | |
| 82091 | 20 | ONION,GREEN 48 | 1 | 3.00 | $60.00 |
| | | 1C SUNTERRA | | | |
| | D'AR | | | | |
| 82107 | 2 | ANISE,30 | 1 | 16.00 | $32.00 |
| | | 2C "30" ANDY BOY | | | |
| | PARD | | | | |
| 82103 | 2 | BEET,BCH 24 | 1 | 20.00 | $40.00 |
| | | 1C CHAMPS | | | |
| | G | | | | |
| 82049 | 5 | BEET,LSE 25# | 1 | 6.00 | $30.00 |
| | | 3B 25#POLY SACK | | | |
| | IPP | | | | |
| 82128 | 2 | BRUSSEL,SPRT LSE 25 | 1 | 22.00 | $44.00 |
| | | 1C SR QUEEN VICTORIA | | | |
| | PARD | | | | |
| 82103 | 2 | DANDELION,24'S | 1 | 20.00 | $40.00 |
| | | 1C PARD | | | |
| | PARD | | | | |
| 81970 | 1 | DILL 4 DOZ | 1 | 30.00 | $30.00 |
| | | 1C CHAMP | | | |
| | IPP | | | | |
| 82128 | 3 | ESCAROLE, | 1 | 22.00 | $66.00 |
| | | 2C QUEEN VICTORIA | | | |
| | IPP | | | | |
| 82089 | 2 | ENDIVE, | 1 | 22.00 | $44.00 |
| | | 2C QUEEN VICTORIA | | | |
| | IPP | | | | |
| 82128 | 3 | LETTUCE,LEAF GREEN | 1 | 13.00 | $39.00 |
| | | 3B QUEEN VICTORIA | | | |

Pkgs: 42     ** PALLETS OUT ____  PALLETS IN ____ **     INVOICE TOTAL:     **$425.00**

**Office  Copy**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5C of the Perisable Agricultural Commodities Act, 1930 (7 U.S.C. 499 (e(c)).   The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of  these commodities until full payment is received".  Interest of 1% per month will be added to the   unpaid balance and all attorney fee incurred in connection with the collection of any balance due    shall be considered owed in connection with the transaction under the PACA Trust.