IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRUBE CELERY AND VEGETABLE CO. :<br>:<br>Plaintiff :<br>:<br>v. :<br>:<br>THE EGG STORE, INC., a/t/a :<br>KUEHNLE EGG & PRODUCE, et al :<br>:<br>Defendants : | <br><br><br><br><br>Civil No.  <u>08 C 1485</u><br><br><br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE SCHENKIER** |

**EMERGENCY NOTICE OF MOTION FOR ENTRY OF TRO**

To:   The Egg Store, Inc., a/t/a Kuehnle Egg & Produce      Rod J. Kuehnle
    c/o James A. Kuehnle, Registered Agent             6190 S. Archer Avenue
    6190 S. Archer Avenue                              Chicago, Illinois 60638
    Chicago, Illinois 60638

   James A. Kuehnle
   6190 S. Archer Avenue
   Chicago, Illinois 60638

**PLEASE TAKE NOTICE** that on Tuesday, March 18, 2008, at 11:00.m., we will appear before the Honorable Blanche M. Manning, or any Judge hearing said Judge's call, in Room 2125 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604, and present the attached Motion for Temporary Restraining Order With Notice.

McCARRON & DIESS                    LAW OFFICES OF WILLIAM B. KOHN

By      /s/ Mary Jean Fassett             By:     /s/ William B. Kohn
   Mary Jean Fassett, ID#9078552          William B. Kohn
   4900 Massachusetts Ave., N.W.          150 N. Wacker Drive
   Suite 310                              Suite 1400
   Washington, DC 20016                   Chicago, Illinois 60606
   (202) 364-0400                         (312) 553-1200
   (202) 364-2731 – fax                   (312) 553- 1733 -- fax
   mjf@mccarronlaw.com                    kohn@wbkohnlaw.com
                                          Attorneys for Plaintiff