IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STRUBE CELERY AND VEGETABLE CO. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No: 08 C 1485 |
| | : | |
| THE EGG STORE, INC., a/t/a | : | Judge Manning |
| KUEHNLE EGG & PRODUCE, et al. | : | Magistrate Judge Schenkier |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

    William B. Kohn, one of the attorneys for Plaintiff herein, certifies under penalty of perjury that on March 13, 2008, before 5:00 p.m., he caused copies of the Complaint, Summonses, Emergency Notice of Motion (set for presentment March 18, 2008 at 11:00 a.m.) and Motion for Temporary Restraining Order With Notice (w/proposed TRO attached), Motion for Preliminary Injunction, Memorandum in Support, and Affidavit of Bob Fotopolous in support (with exhibits), to be served by private process server upon:

The Egg Store, Inc., a/t/a
Kuehnle Egg & Produce
c/o James A. Kuehnle, Registered Agent
6190 S. Archer Avenue
Chicago, IL  60638

Rod J. Kuehnle
6190 S. Archer Avenue            or:      680 N. Lakeshore Dr. #1607
Chicago, IL  60638                         Chicago, IL  60678

James A. Kuehnle
6190 S. Archer Avenue            or:      249 St. Charles Rd.
Chicago, IL  60638                         Elmhurst, IL  60126

                                                     /s/ William B. Kohn
                                                     William B. Kohn

Dated:        March 13, 2008.

LAW OFFICES OF WILLIAM B. KOHN
William B. Kohn, ARDC #6196142
150 N. Wacker Drive, Suite 1400
Chicago, Illinois 60606
(312) 553-1200
kohn@wbkohnlaw.com
One of the Attorneys for Plaintiff