AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Strube Celery and Vegetable Co.

V.

The Egg Store, Inc., a/t/a Kuehnle Egg & Produce, et al

CASE NUMBER: **08 C 1485**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Rod J. Kuehnle
6190 S. Archer Avenue
Chicago, Illinois 60638
(773) 284-8704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of William B. Kohn
150 N. Wacker Drive, Suite 1400
Chicago, Illinois 60606
(312) 553-1200

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**March 12, 2008**
_____
Date

08 C 1485

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 14, 2008 |
| NAME OF SERVER (PRINT)  Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Rod J. Kuehnle at 6190 South Archer Avenue, Chicago, Il. at 11:05a.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 14, 2008
             Date

Signature of Server  *Jeff Brown*

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.