AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Strube Celery and Vegetable Co.

V.

The Egg Store, Inc., a/t/a Kuehnle Egg & Produce, et al

CASE NUMBER: **08 C 1485**

ASSIGNED JUDGE: **JUDGE MANNING**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

James A. Kuehnle
6190 S. Archer Avenue
Chicago, Illinois 60638
(773) 284-8704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of William B. Kohn
150 N. Wacker Drive, Suite 1400
Chicago, Illinois 60606
(312) 553-1200

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**



**March 12, 2008**
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: March 16, 2008 |
| NAME OF SERVER (PRINT): Jeff Brown | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: James A. Kuehnle at 249 W. St. Charles Rd., Elmhurst, Il. 60126 at 10:30a.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 16, 2008

Signature of Server: *Jeff Brown*

Address of Server: 9030 Lamon, skokie, Il. 60077

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.