AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

STRUBE CELERY & VEGETABLE CO.

V.

THE EGG STORE, INC. a/t/a
KUEHNLE EGG & PRODUCE, et al.

CASE NUMBER: **08 C 1485**

ASSIGNED JUDGE: **JUDGE MANNING**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

The Egg Store, Inc. a/t/a
Kuehnle Egg & Produce
c/o James A. Kuehnle, Registered Agent
6190 S. Archer Avenue
Chicago, IL 60638

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William B. Kohn, Esq.
150 N. Wacker Drive, Ste. 1400
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

/s/

**(By) DEPUTY CLERK**

**March 12, 2008**

Date

08 C 1485

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE March 14, 2008 |
| NAME OF SERVER (PRINT) Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): The Egg Store, Inc. a/t/a Kuehnle Egg & Produce c/o James A. Kuehnle, Registered Agent- service was accepted by Rod J. Kuehnle at 6190 S. Archer Ave., Chicago, Il. at 11:05a.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 14, 2008      *Signature of Server* /s/ Jeff Brown
           Date

9030 Lamon, Skokie, Il. 60077
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.