## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Strube Celery and Vegetable Co.
                         Plaintiff,

v.                                              Case No.: 1:08−cv−01485
                                              Honorable Blanche M. Manning

The Egg Store , Inc, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Plaintiff's counsel advises the court that it wishes to withdraw the pending motions noticed for Thursday, April 17, 2008, thus the motions for TRO [8], and for preliminary injunction [9] are withdrawn and no appearance is necessary. Status is set for Thursday, May 1, 2008, at 11:00 a.m. If a stipulation to dismiss is filed before that date, no appearance on May 1 is necessary.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.