IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STRUBE CELERY AND VEGETABLE CO. | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. <u>08 C 1485</u> |
| THE EGG STORE, INC., a/t/a | : | Judge Manning |
| KUEHNLE EGG & PRODUCE, et al | : | Magistrate Judge Schenkier |
| Defendants | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Strube Celery and Vegetable Co., by and through undersigned counsel, hereby voluntarily dismisses this action with prejudice as to all defendants, each party to bear its own costs.

Dated April 28, 2008.                McCARRON & DIESS

By:<u>s/ Mary Jean Fassett          </u>
Mary Jean Fassett, #9078552
4900 Massachusetts Ave., NW, Suite 310
Washington, D.C. 20016
(202) 364-0400
mjf@mccarronlaw.com

and

LAW OFFICES OF WILLIAM B. KOHN

By:<u>s/ William B. Kohn          </u>
William B. Kohn, #6196142
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
(312) 553-1200
kohn@wbkohnlaw.com
Counsel for Plaintiff

2

**SO ORDERED this** \_\_\_\_\_ **day of** _____, **2008.**

_____
United States District Judge